DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Attorneys for Defendant Kenneth Lopera*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRINITA FARMER, individually,<br><br>Plaintiff<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually,<br><br>Defendants. | Case No.: 2:18-cv-00860-GMN-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Through their respective undersigned counsel, the Parties hereby stipulate to extend the time for the Defendants to respond to Plaintiff's First Amended Complaint as follows:

1. Defendants Las Vegas Metropolitan Police Department, Travis Crumrine, Michael Tran, and Michael Flores shall respond to the First Amended Complaint no later than September 17, 2018; and

2. Defendant Kenneth Lopera shall respond to the First Amended Complaint no later than October 2, 2018.

///

///

This is the Parties' first request for an extension of this deadline.  This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

| MCNUTT LAW FIRM, P.C. | MARQUIS AURBACH COFFING |
|---|---|
| */s/ Dan McNutt* | */s/ Craig Anderson* |
| DANIEL R. MCNUTT (SBN 7815) | CRAIG ANDERSON (SBN 6882) |
| MATTHEW C. WOLF (SBN 10801) | 10001 Park Run Drive |
| 625 South Eighth Street | Las Vegas, Nevada 89145 |
| Las Vegas, Nevada 89101 | *Attorneys for LVMPD Defendants* |
| *Attorneys for Defendant Kenneth Lopera* | |

LAGOMARSINO LAW

*/s/ Andre Lagomarsino*
ANDRE LAGOMARSINO (SBN 6711)
3005 W. Horizon Ridge Pkwy, Suite 241
Henderson, Nevada 89052
Attorneys for Plaintiff

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2018