**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| TRINITA FARMER, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually,<br><br>Defendants. | CASE NO: 2:18-cv-00860-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES TO DEFENDANTS' MOTION TO DISMISS AND JOINDER THERETO (ECF NO.'S 12 & 13)**<br><br>*(First Request)* |

WHEREAS Defendants Las Vegas Metropolitan Police Department, Travis Crumrine, Michael Flores, and Michael Tran collectively filed a Motion to Dismiss on September 17, 2018 (ECF No. 12). Defendant Kenneth Lopera filed his Joinder to Las Vegas Metropolitan Police Department, Travis Crumrine, Michael Flores, and Michael Tran's Motion to Dismiss on September 19, 2018 (ECF No. 13).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiff to file her Response to Defendants' Motion to Dismiss and Joinder thereto. The current deadline for Plaintiff to respond to Defendants' Motion to Dismiss and Joinder thereto is October 1, 2018. The new deadline for Plaintiff to respond to Defendants' Motion to Dismiss and Joinder thereto will be October 15, 2018.

/ / /

The parties further stipulate to extend the deadline for Defendants to file their Reply in Support of their Motion to Dismiss and Joinder thereto. The current deadline for Defendants to file their Reply is October 8, 2018. The new deadline for Defendants to file their Reply in Support of their Motion to Dismiss and Joinder thereto will be November 5, 2018.

This extension is the first request and is not for the purpose of delay but rather that the law clerk assisting on the response to the motion to dismiss is currently out of the office on medical leave.

DATED this 27th day of September, 2018.  DATED this 27th day of September, 2018.

**LAGOMARSINO LAW**   **MCNUTT LAW FIRM, P.C.**

_____   __/s/ Daniel R. McNutt_____
ANDRE M. LAGOMARSINO, ESQ.   Daniel R. McNutt, Esq.
Nevada Bar No. 6711   625 South 8th Street
3005 W. Horizon Ridge Pkwy., Suite 241   Las Vegas, Nevada 89101
Henderson, Nevada 89052   Fax: 702.384.5529
Telephone: (702) 383-2864   *Attorney for Defendant Kenneth Lopera*
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

DATED this 27th day of September, 2018.

**MARQUIS AURBACH COFFING**

 _/s/ Craig R. Anderson_____
Craig R. Anderson, Esq.
Tom W. Stewart, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
Fax: 702.382.5816
*Attorneys for Defendants LVMPD,
Crumrine, Tran, and Flores*

*Trinita Farmer vs. LVMPD et al.*
*Case No.: 2:18-cv-00860-GMN-VCF*

## **ORDER**

IT IS SO ORDERED.

**DATED** this  28   day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court