LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRINITA FARMER, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER KENNETH LOPERA, individually and in his Official Capacity; SERGEANT TRAVIS CRUMRINE, individually and in his Official Capacity; OFFICER MICHAEL TRAN, individually and in his Official Capacity; OFFICER MICHAEL FLORES, individually and in his Official Capacity,<br><br>Defendants. | CASE NO: 2:18-cv-00860-GMN-VCF<br><br>**INDEX OF EXHIBITS TO:**<br><br>**PLAINTIFF'S MOTION TO COMPEL DEFENDANT LVMPD'S (1) CIRT REPORT; (2) CIRT STATEMENT OF KENNETH LOPERA; AND (3) REVIEW BOARD MINUTES AND DOCUMENTS** |

| EX. | TITLE |
|---|---|
| 1. | Plaintiff's First Set of Requests for Production of Documents from Defendant LVMPD |
| 2. | Defendant LVMPD Responses to Plaintiff's First Set of Requests for Production of Documents |
| 3. | Post Meet and Confer Correspondence with Craig Anderson, Esq. |
| 4. | Request to Meet and Confer with Daniel McNutt, Esq. |
| 5. | Defendant LVMPD First Supplement to Responses to Plaintiff's First Set of Requests for Production Documents |
| 6. | Affidavit of Andre M. Lagomarsino, Esq. |

Page 1 of 1