# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TRINITA FARMER,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | 2:18-cv-00860-GMN-VCF<br>**ORDER** |

  Before the Court is Plaintiff Trinita Farmer's Motion to Compel Defendant LVMPD's (1) CIRT Report; (2) CIRT Statement of Kenneth Lopera; and (3) Review Board Minutes and Documents. (ECF No. 38).

  Accordingly,

  IT IS HEREBY ORDERED that a hearing on the Motion to Compel (ECF No. 38) is scheduled for 1:00 PM, February 19, 2019, in Courtroom 3D.

  IT IS FURTHER ORDERED that, on or before February 1, 2019, a copy of the (1) CIRT Report; (2) CIRT Statement of Kenneth Lopera; and (3) Review Board Minutes and Documents at issue in the motion to compel must be delivered to chambers for an *in camera* inspection. The documents must be delivered directly to the chambers of U.S. Magistrate Judge Cam Ferenbach in a sealed envelope marked "CONFIDENTIAL AND DO NOT FILE."

///

///

1

IT IS FURTHER ORDERED that on or before February 14, 2019, the parties must submit a stipulated protective order that will apply to any confidential documents the Court may order produced in this case.

DATED this 16th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE