**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINITA FARMER, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER KENNETH LOPERA, individually and in his Official Capacity; SERGEANT TRAVIS CRUMRINE, individually and in his Official Capacity; OFFICER MICHAEL TRAN, individually and in his Official Capacity; OFFICER MICHAEL FLORES, individually and in his Official Capacity,<br><br>Defendants. | CASE NO: 2:18-cv-00860-GMN-VCF<br><br>**INDEX OF EXHIBITS TO:**<br><br>**PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

| EX. | TITLE |
|---|---|
| 1. | Plaintiff's counsel's correspondence to Defendants' counsel dated September 20, 2018 |
| 2. | Plaintiff's Notice of LR 26-1 Meeting |
| 3. | Plaintiff's counsel's correspondence to Defendants' counsel dated October 10, 2018 |