MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant Kenneth Lopera*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINITA FARMER, individually, | Case No.: 2:18-cv-00860-GMN-VCF |
| Plaintiff | |
| vs. | **APPENDIX IN SUPPORT OF DEFENDANT OFFICER LOPERA'S EMERGENCY MOTION TO DEEM REQUESTS FOR ADMISSION ADMITTED** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually, | |
| Defendants. | |

| Exhibit | Description | Page No. Range |
|---|---|---|
| A. | June 21, 2019, Requests for Admissions | App. 1 - 85 |
| B. | Responses to June 21, 2019, Requests for Admissions | App. 86 - 96 |
| C. | McNutt Decl. | App. 97 - 99 |
| D. | Robert Johnson Initial Expert Report | App. 100 - 101 |
| E. | Robert Rivera Letter, Jan. 7, 2008, PSD0326 | App. 102 - 103 |
| F. | Article: *Woman Hospitalized on Maui with Multiple Stab Wounds* | App. 104 - 105 |
| G. | Police Report, March 16, 2000 | App. 106 - 112 |
| H. | Robert Rivera Letter, Jan. 22, 2003, PSD0344-46 | App. 113 - 116 |
| I. | Ms. Farmer's Dep., May 8, 2018 | App. 117 - 128 |
| J. | Lizada Dep., April 26, 2019 | App. 129 - 141 |
| K. | Lizada Dep. in the Estate Case, July 19, 2018 | App. 142 - 163 |

| Exhibit | Description | Page No. Range |
|---|---|---|
| L. | Dr. Lizada's Records, March 31, 2017, LVMPD 3204-3209 | App. 164 – 170 |

DATED August 23, 2019.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
*Counsel for Defendant Kenneth Lopera*

**CERTIFICATE OF SERVICE**

The undersigned is an employee of McNutt Law Firm, P.C. and certifies that under Fed. R. Civ. P. 5, on August 23, 2019, I served a true and correct copy of **APPENDIX IN SUPPORT OF DEFENDANT OFFICER LOPERA'S EMERGENCY MOTION TO DEEM REQUESTS FOR ADMISSION ADMITTED** by mailing a copy by United States Postal Service, postage prepaid, via email, or via electronic mail through the United States District Court's CM/ECF system to the following at their last known address or e-mail:

Andre Lagomarsino, Esq.
LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy, Suite 241
Henderson, Nevada 89052
aml@Lagomarsinolaw.com
*Counsel for Plaintiff*

Craig R. Anderson, Esq.
Tom W. Stewart, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
canderson@maclaw.com
tstewart@maclaw.com
*Counsel for Defendants LVMPD, Crumrine, Tran, and Flores*

/s/ Lisa Heller
An Employee of McNutt Law Firm, P.C.