# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

TRINITA FARMER,

    Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually,

    Defendants.

2:18-cv-00860-GMN-VCF

**ORDER**

    Before the court is Defendant Officer Lopera's Emergency Motion to Deem Requests for Admission Admitted (ECF NO. 82).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to Defendant Officer Lopera's Emergency Motion to Deem Requests for Admission Admitted (ECF NO. 82) must be filed on or before September 3, 2019. No reply needed.

    IT IS FURTHER ORDERED that a hearing on Defendant Officer Lopera's Emergency Motion to Deem Requests for Admission Admitted (ECF NO. 82) is scheduled for 10:00 AM, September 5, 2019, in Courtroom 3D.

    DATED this 23rd day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE