# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TRINITA FARMER,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually,<br><br>        Defendants. | 2:18-cv-00860-GMN-VCF<br><br>**ORDER** |

Before the court is Plaintiff's Emergency Motion to Change Hearing Date Due to Plaintiff's Counsel Being Out of the Country (ECF No. 85).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Change Hearing Date Due to Plaintiff's Counsel Being Out of the Country (ECF No. 85) is GRANTED.

IT IS FURTHER ORDERED the hearing scheduled for September 5, 2019, is VACATED, and RESCHEDULED to 3:00 PM, September 13, 2019, in Courtroom 3A.

DATED this 26th day of August, 2019.

                                                                               CAM FERENBACH<br>
                                                            UNITED STATES MAGISTRATE JUDGE