# INDEX OF EXHIBITS TO LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| A | Incident Chronology created by LVMPD of the subject event |
| B | Deposition of witness LVMPD Officer Ashley Lif |
| C | Defendant Kenneth Lopera's body worn camera video |
| D | Citizen witness Jonathan Pierce's deposition |
| E | Venetian security video and merged LVMPD video |
| F | Deposition of Defendant Travis Crumrine |
| G | Deposition of Defendant Michael Tran |
| H | Deposition of Defendant Michael Flores |
| I | Deposition of Plaintiff's use of force and police procedures expert, Thomas Parker |
| J | Deposition of LVMPD investigating officer Det. Trevor Alsup |
| K | LVMPD's arrest report |
| L | Deposition of LVMPD Critical Incident Review Team leader Kasey Kirkegard |
| M | Deposition of LVMPD Labor and Discipline Rule 30(b)(6) Jamie Frost |
| N | Expert report of LVMPD defendants' police practice expert Jack Ryan |
| O | LVMPD CALEA certifications |
| P | LVMPD Use of Force Policy |
| Q | LVMPD Defensive Tactics Policy |
| R | Expert report of LVMPD Defendants' expert, Captain Lawrence G. Lynch, III. |
| S | LVMPD Office of Internal Oversight Use of Force Statistical Analysis 2012-2016 |
| T | LVMPD documents regarding LVNR |
| U | LVMPD summary of all neck restraint investigations for a five-year period |
| V | Deposition transcript of Deputy Chief John McGrath |

Dated this 16 day of December, 2019.

MARQUIS AURBACH COFFING

By _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants LVMPD, Sgt. Crumrine, Ofc. Tran and Ofc. Flores

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816