# Exhibit C – Lopera's Body Worn Camera

