Exhibit E - Merged Video

MARQUIS AURBACH
COFFING

Las Vegas Metropolitan
Police Department, et al.
adv.
Estate of Tashii S. Farmer, et al.

Venetian Security
Video and Merged
LVMPD Video

14687-57
CD