# Exhibit O - LVMPD CALEA certifications



**CALEA**®
THE GOLD STANDARD IN PUBLIC SAFETY

Commission on Accreditation for
Law Enforcement Agencies, Inc.
13575 Heathcote Boulevard
Suite 320
Gainesville, Virginia 20155

Phone: (703) 352-4225
Fax: (703) 890-3126
E-mail: calea@calea.org
Website: www.calea.org

July 29, 2017

Mr. Joseph Lombardo
Sheriff
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106

Dear Sheriff Lombardo:

CALEA® Accreditation serves as the *International Gold Standard for Public Safety Agencies* and this correspondence serves to acknowledge the Las Vegas Metropolitan Police Department has been awarded CALEA® Law Enforcement Accreditation effective July 29, 2017 for the ninth time. This award may remain in effect for four years and the agency retains all privileges associated with this status during that period.

The process of CALEA Accreditation begins with a rigorous self-assessment, requiring a review of policies, practices and processes against internationally accepted public safety standards. This is followed with an assessment by independent assessors with significant public safety experience. Additionally, public feedback is received to promote community trust and engagement, and structured interviews are conducted with select agency personnel and others with knowledge to assess the agency's effectiveness and overall service delivery capacities. The decision to accredit is rendered by a governing body of twenty-one Commissioners following a public hearing and review of all reporting documentation.

Although the award symbolizes a significant professional accomplishment, it is also a demarcation for the agency to remain in compliance with CALEA standards. To this end, the agency must remit annual status reports to document its progression of continuous organizational improvement. The first three reports are to be submitted on the agency's award date of July 29, and the fourth report should be submitted three months prior to the next assessment period.

CALEA congratulates the Las Vegas Metropolitan Police Department for demonstrating a commitment to professional excellence through accreditation. The CALEA Accreditation indices are the *Marks of Professional Excellence* and should be displayed proudly by those that have earned them.

Sincerely,

Richard W. Myers
Chairperson

W. Craig Hartley, Jr.
Executive Director

**LVMPD 1205**



LVMPD 1206



LVMPD 1207

LAS VEGAS METROPOLITAN POLICE DEPT.                    STRATEGIC PLANNING 2016 - 2020

LVMPD 1208

**2016 – 2020 STRATEGIC PLAN ANTICIPATED POPULATION TRENDS**

|       | *JURISDICTIONAL POPULATION PROJECTIONS* | *EST. CHANGE* |
|-------|------------------------------------------|---------------|
| 2016  | 1,524,142                                | 2.1%          |
| 2017  | 1,548,528                                | 1.6%          |
| 2018  | 1,574,853                                | 1.7%          |
| 2019  | 1,600,51                                 | 1.6%          |
| 2020  | 1,625,652                                | 1.6%          |

* The anticipated projections and trends listed in the preceding charts will be reviewed and updated during the annual department budget workshops.

# ACCREDITATION AND AWARDS

LVMPD Accreditations                                    Original Date of Accreditation

- CALEA - Commission on Accreditation for Law Enforcement Agencies                          Received 1989 - Current
- PSCAP - Public Safety Communications Accreditation Program - Communications               Received 2009 - Current
- PSTAA - Public Safety Training Academy Accreditation – Academy/ Training                  Received 2012 - Current
- ASCLD/LAB – American Society of Crime Laboratory Directors/Laboratory Accreditation Board Received 2003 - Current
- ACA - American Correctional Association - Detention Services Division                     Received 1998 - Current
- NCCHC - National Commission on Correctional Health Care - Detention Services             Received 1993 - Current

LVMPD Awards

- Tri Arc Award received from CALEA for having current CALEA accreditation for Law Enforcement, Communications and Training.
  - 1 of only 12 agencies
  - LVMPD was the 8th agency to receive this award in July 2012
- Meritorious Award received from CALEA is given for 15 or more continuous years of accreditation
  - First received in 2005
  - Also received for each reaccreditation in 2008, 2011, 2012 & 2014
- Flagship Award is received from CALEA. This was introduced in March 2004 to acknowledge the achievement and expertise of some of the most successful CALEA accredited agencies.
  - Received in 2008





Commission on Accreditation for
Law Enforcement Agencies, Inc.
13575 Heathcote Boulevard
Suite 320
Gainesville, Virginia 20155

Phone: (703) 352-4225
Fax: (703) 890-3126
E-mail: calea@calea.org
Website: www.calea.org

July 26, 2014

Mr. Doug Gillespie
Sheriff
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106

Dear Sheriff Gillespie:

CALEA® Accreditation serves as the *International Gold Standard for Public Safety Agencies* and this correspondence serves to acknowledge the Las Vegas Metropolitan Police Department has been awarded CALEA® Law Enforcement Accreditation effective July 29, 2014 for the eighth time. This award may remain in effect for three years and the agency retains all privileges associated with this status during that period.

The process of CALEA Accreditation begins with a rigorous self-assessment, requiring a review of policies, practices and processes against internationally accepted public safety standards. This is followed with an assessment by independent assessors with significant public safety experience. Additionally, public feedback is received to promote community trust and engagement, and structured interviews are conducted with select agency personnel and others with knowledge to assess the agency's effectiveness and overall service delivery capacities. The decision to accredit is rendered by a governing body of twenty-one Commissioners following a public hearing and review of all reporting documentation.

Although the award symbolizes a significant professional accomplishment, it is also a demarcation for the agency to remain in compliance with CALEA standards. To this end, the agency must remit annual status reports to document its progression of continuous organizational improvement. The first two reports are to be submitted on the agency's award date of July 29, and the third report should be submitted three months prior to the next assessment period.

CALEA congratulates the Las Vegas Metropolitan Police Department for demonstrating a commitment to professional excellence through accreditation. The CALEA Accreditation indices are the *Marks of Professional Excellence* and should be displayed proudly by those that have earned them.

J. Grayson Robinson
Chairperson

W. Craig Hartley, Jr.
Executive Director

**LVMPD 1209**