# Exhibit Q – LVMPD Defensive Tactics Policy

*Las Vegas Metropolitan Police Department*
*Partners with the Community (Department Manual 5-24-2017)*

5/108.16   **DEFENSIVE TACTICS**
A.S. 1.3.4, 1.3.10, 1.3.11, 33.1.2, 33.1.5, 33.5.1, 72.1.1

It is the policy of this department to train personnel in the area of defensive tactics to ensure proficiency in their application.

Department personnel are **not** authorized to train or otherwise demonstrate the use and techniques of LVMPD defensive tactics to any person outside the LVMPD without the express written permission of the Sheriff or his designee.

DEFINITIONS

| | |
|---|---|
| Defensive Tactics | Includes batons, weaponless defense, (weaponless defense includes but is not limited to handcuffing techniques, empty hand techniques and ground defense) lateral vascular neck restraint (LVNR). Any special training for corrections officers. |
| Defensive Tactics Instructor | A person who has completed the Basic Defensive Tactics Instructor Course, Instructor Development and has been approved by the Organizational Development Bureau to train others in defensive tactics. |
| Advanced Defensive Tactics Instructor | A qualified defensive tactics instructor who has been approved by the Organizational Development Bureau to train and evaluate defensive tactics instructors. |
| Defensive Tactics Coordinator | One coordinator will be assigned from each of the following areas: Police and Corrections Academy, Advanced Officer Skills Training. The DTC is responsible for running the Defensive Tactics Instructor course at respective area of assignment and Defensive Tactics Instructor Re-certification classes. |
| Bureau/Area Command Training Coordinator | Officer responsible for coordinating bureau/area command training with the Organizational Development Bureau. |

DEFENSIVE TACTICS SUB-COMMITTEE

The Defensive Tactics Sub-Committee falls under the Training Committee and oversees defensive tactics and associated training throughout the department. The DT committee considers key issues regarding defensive tactics, such as standardized training and instructor certification; classroom and practical training; selection of new defensive tactic techniques and equipment; and modifications to the defensive tactics lesson plan. The DT committee will coordinate with the Firearms Committee for any cooperative training issues. They will submit their findings and recommendations to the Training Committee. The Training Committee will be responsible for the review and approval of any modifications and forward recommendations to the Professional Standards Division Commander.

The Sub-Committee chairman will be appointed by the committee on an annual basis. Members will include: Academy sergeants, or designee(s); the Advanced Training sergeant, or designee; Advanced Officer Skills Training sergeant (AOST), or designee; Reality Based Training (RBT) sergeant, or designee; Critical Incident Review Team (CIRT) sergeant, or designee; SWAT representative; the Traffic Training sergeants, or designee(s); Corrections DTI representative, FTTU sergeant, or designee; DTI Coordinator(s); ECD Coordinator.

DEFENSIVE TACTICS INSTRUCTORS

*Las Vegas Metropolitan Police Department*
*Partners with the Community (Department Manual 5-24-2017)*

For certification as an LVMPD Defensive Tactics Instructor, commissioned officers must meet the following requirements:
1. Pass the Basic Instructor Development course;
2. Demonstrate proficiency in all areas of defensive tactics and successfully complete the Defensive Tactics Basic Instructor Course;
3. Attend a formal four (4) hour Instructor Re-Certification Course conducted at the Advanced Officers Skills Training (AOST) annually. This recertification qualifies the DTI to instruct throughout the following calendar year and must be completed every year (scheduled during the quarter of the DTIs birth month). DTI's employed at DSD will attend a re-certification course conducted at the DSD academy. DTI's assigned to the Academies will attend the re-certification course conducted at AOST unless the academy has an Advanced DTI available to conduct a recertification class. DTIs employed as residents will attend a recertification course conducted at AOST unless there is a Resident ADTI available to conduct a recertification class. Each DTI will be evaluated/audited during the annual four (4) hour class in order to ensure their proficiency and knowledge. Officers can register on UMLV through the intranet:
    a. The certified Defensive Tactics Instructor must conduct a minimum of four (4) sessions of quarterly proficiency training annually to remain proficient as an instructor. Exception will be for Defensive Tactics Instructors assigned to the academies and AOST (who are instructing defensive tactics as part of their current assignment) due to the required daily training;
    b. If instructors fail to comply with the above requirements, they will be de-certified effective December 31st of the current year. Compliance and notification of certification will be completed by the Organizational Development Bureau Advanced Training Section;
        i. Any exception to this must be approved by the Defensive Tactics Sub-Committee by request of the DTI's bureau commander.
    c. If de-certified, the Defensive Tactics Basic Instructor course must be completed to regain instructor status.

ELECTRONIC CONTROL DEVICE INSTRUCTORS

For recertification as an LVMPD Electronic Control Device (ECD) Instructor, commissioned officers must meet the following requirements:
1. Maintain Basic Defensive Tactics Instructor certification as stated above;
2. Attend an Initial ECD Instructor Certification course through TASER, Intl., or from AOST Instructors;
3. Attend a bi-annual ECD Instructor Recertification course provided by AOST personnel (or a TASER, Intl., Certified Master Instructor).

ADVANCED DEFENSIVE TACTICS INSTRUCTORS

Advanced Defensive Tactics Instructor positions are designated by the Organizational Development Bureau. Applications can be found in UMLV and must be submitted to the Defensive Tactics sub-committee by sending them to AOST or Advanced Training. Upon approval by the DT committee, applications will be forwarded to the Training Bureau Commander for final approval, and then sent to Advanced Training for entry into UMLV.

Current Defensive Tactics Instructors wanting to be certified as an Advanced Defensive Tactics Instructor must meet the following qualifications:
1. Complete the LVMPD Basic Instructor Development Course (if not already completed);
2. Complete a minimum of two years as a certified Defensive Tactics Instructor. Submit copies of Defensive Tactics Proficiency Report Form (LVMPD Form 171a) listing applicant as the instructor for a minimum of 200 hours to include all defensive tactics techniques;
3. Assist in instructing a Basic Defensive Tactics Instructor Certification course;
4. Submit the Advanced Defensive Tactics Instructor Application Form (LVMPD 368) and forward it to the Defensive Tactics Sub-Committee for approval at the next quarterly committee meeting;
5. Attend and successfully complete the three Advanced Defensive Tactics Instructor Certification courses (ADT01, ADT02, and ADT03).

## *Las Vegas Metropolitan Police Department*
*Partners with the Community (Department Manual 5-24-2017)*

Advanced Defensive Tactics Instructors must fulfill the following requirements annually to maintain their certification:
1. Must evaluate a minimum of two (2) separate defensive tactics training sessions annually conducted by squad level DTI's, at two (2) separate patrol area commands, unless currently assigned to the Organizational Development Bureau and defensive tactics instruction is part of regular duties (Academy, AOST). Area command assignments will rotate year to year and will be assigned by ODB.
2. Must instruct at least eight (8) hours of defensive tactics per year. This can include squad level quarterly and/or additional training, or academy and/or AOST instruction.
3. Advanced DTI's will instruct two (2), four (4) hour basic DTI Re-Certification courses annually at the AOST facility or the DSD Academy (Corrections ADTIs).
4. If an Advanced DTI fails to meet the above listed requirements, the DTI will be deactivated (no longer authorized to instruct defensive tactics) and given sixty (60) days to comply with the above requirements. Failure to do so within the sixty (60) days will result in the officer being decertified as an ADTI. The instructor will be returned to Basic DTI status by the Advanced Training sergeant, or designee. The instructor then has ninety (90) days to comply with the Basic Defensive Tactics Instructor recertification requirements. Failure to do so within the 90-day period will result in decertification as a Basic DTI.
    a. Any exceptions must be approved by the Defensive Tactics sub-committee by request of the ADTIs bureau commander.

TRAINING PARAMETERS

Only techniques approved by the Department will be taught. A formal request to add or remove a technique must be made to the Defensive Tactics Sub-committee. The request must be submitted in memorandum format including name of technique, research completed, and justification for adding it or removing it from the current defensive tactics lesson plan(s). These requests will be reviewed on a quarterly basis and upon acceptance will be recommended to the Training Committee for approval.

All officers, in the rank of lieutenant and below, shall complete the following requirements:
Baton (commissioned helicopter pilots and corrections officers who do not carry a baton in their official duties will be exempted from the baton requirement).
1. Receives initial expandable straight baton training in the academy; OR
2. Receives a minimum of four (4) hours of initial expandable straight baton training by an LVMPD certified Defensive Tactics Instructor.

Electronic Control Device (ECD) (commissioned officers of the rank of lieutenant and above, helicopter pilots and observers, and corrections officers who do not carry an ECD in their official duties will be exempted from the ECD requirement).
1. Receives initial ECD training in the academy; OR
2. Receives initial ECD training by an LVMPD certified ECD/Defensive Tactics Instructor;
3. Receives annual ECD Re-certification training.

Lateral Vascular Neck Restraint (LVNR):
1. Receives initial LVNR training in the academy; OR
2. Receives a minimum of 12 hours of initial LVNR training by an LVMPD certified Defensive Tactics Instructor;
3. Receives two (2) hours of annual LVNR re-certification training.

All commissioned officers below the rank of captain will successfully pass the LVMPD quarterly Defensive Tactics Proficiency Test. Per policy 6/002.00, plainclothes officers are required to carry either OC spray OR an expandable straight baton. Plainclothes officers who choose to carry the expandable straight baton must become certified to carry it prior to carrying it on duty.

REMEDIAL TRAINING

If an officer cannot demonstrate proficiency in an area of defensive tactics, the Defensive Tactics Instructor will provide training in the deficient area and will forward a Defensive Tactics Training Report Form (LVMPD 171) to the ODB, Advanced Training Section, for verification and entry into UMLV showing the training received and reflect that the officer has demonstrated proficiency. If the officer fails to demonstrate proficiency after additional training, the officer and/or the officer's supervisor will contact the ODB, AOST, for assistance in formulating a remedial training program.

REPORTING DEFENSIVE TACTICS TRAINING

Defensive Tactics Instructor
1. Schedules quarterly defensive tactics training with the bureau/area command training coordinator at least one month in advance (so the advanced defensive tactics instructors can coordinate and evaluate a minimum of two separate defensive tactics training sessions annually), to be conducted by squad level DTI's;
2. Conducts quarterly proficiency training as prescribed in LVMPD lesson plan(s);
3. Documents the proficiency testing on the Defensive tactics Proficiency Report Form (LVMPD 171a);
4. Any additional defensive tactics training will be documented on the Defensive Tactics Training Report Form (LVMPD 171);
5. Forwards forms, electronically, to the Advanced Training Sergeant or DSD Training within ten (10) working days of the completed training.

Bureau/Area Command Training Coordinator
1. Schedules quarterly defensive tactics with squad level defensive tactics instructors at least one month in advance;
2. Ensures all squad level quarterly defensive tactics are being completed on the date scheduled;
3. Makes the schedule available to the Organizational Development Bureau (ODB), or another advanced defensive tactics instructor, to coordinate evaluation of the defensive tactics instructors in the field.

Advanced Training /DSD Training Section
1. Enters the information into the department training record;
2. Files the completed forms.

LIGHT DUTY/MEDICAL LEAVE/MILITARY LEAVE

All officers who are unable to complete required quarterly defensive tactics training due to medical, military, FMLA, or other excused leave are responsible for notifying ODB of their status and estimated end date of leave. Upon return to full duty the officer is responsible for making up all missed defensive tactics training in order to remain compliant with Nevada POST standards. The FTEP Supervisor will coordinate all necessary training sections to ensure the officer receives whatever training they are missing.

NEGATIVE SANCTIONS

The Organizational Development Bureau will send a memorandum to the appropriate office, division, or bureau/area commander, or designee, advising of personnel who have failed to participate in the required defensive tactics training.

Each bureau/area commander, or designee, shall, upon receipt of the memorandum from ODB, determine if an acceptable excuse exists for the officers who did not participate, and arrange training as soon as possible. All quarterly proficiency training must be completed by the end of the calendar year unless an authorized exemption exists. (3/13, 6/15)■