# Exhibit T - LVMPD Documents regarding LVNR

L.V.N.R. Statistics
2007 - YTD 2017

### L.V.N.R. Totals (2007 - YTD 2017)

| Division | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | YTD 2017 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PD | 81 | 80 | 70 | 50 | 54 | 55 | 56 | 54 | 40 | 48 | 17 | 605 | 93% |
| DSD | 7 | 5 | 1 | 3 | 7 | 4 | 4 | 5 | 5 | 3 | 4 | 48 | 7% |
| Total | 88 | 85 | 71 | 53 | 61 | 59 | 60 | 59 | 45 | 51 | 21 | 653 | 100% |

### L.V.N.R. Technique vs. Total Use of Force

| Year | L.V.N.R. | Total UOF | % of Total |
|---|---|---|---|
| 2007 | 88 | 1300 | 7% |
| 2008 | 85 | 1345 | 6% |
| 2009 | 71 | 1230 | 6% |
| 2010 | 53 | 988 | 5% |
| 2011 | 61 | 1089 | 6% |
| 2012 | 59 | 843 | 7% |
| 2013 | 60 | 798 | 8% |
| 2014 | 59 | 873 | 7% |
| 2015 | 45 | 779 | 6% |
| 2016 | 51 | 775 | 7% |
| YTD 2017 | 21 | 299 | 7% |
| 2007 - YTD 2017 Average: | | | 6% |

### L.V.N.R. Resulting in Unconsciousness

| Year | Yes | No | Unk | Total |
|---|---|---|---|---|
| 2012 | 10 | 48 | 1 | 59 |
| 2013 | 11 | 49 | 0 | 60 |
| 2014 | 10 | 48 | 1 | 59 |
| 2015 | 8 | 37 | 0 | 45 |
| 2016 | 10 | 39 | 2 | 51 |
| 2017 YTD | 1 | 18 | 2 | 21 |

### Complaint of Injury due to use of L.V.N.R. Technique

| Year | Yes | No | Unk | Total |
|---|---|---|---|---|
| 2012 | 1 | 58 | 0 | 59 |
| 2013 | 0 | 60 | 0 | 60 |
| 2014 | 5 | 53 | 1 | 59 |
| 2015 | 4 | 41 | 0 | 45 |
| 2016 | 2 | 49 | 0 | 51 |
| YTD 2017 | 2 | 16 | 3 | 21 |

### L.V.N.R. Effectiveness (PO & CO)

| Year | Effective | Not Effective | Total # | % Effective | % Not Effective |
|---|---|---|---|---|---|
| 2007 | 50 | 38 | 88 | 57% | 43% |
| 2008 | 64 | 21 | 85 | 75% | 25% |
| 2009 | 50 | 21 | 71 | 70% | 30% |
| 2010 | 40 | 13 | 53 | 75% | 25% |
| 2011 | 51 | 10 | 61 | 84% | 16% |
| 2012 | 40 | 19 | 59 | 68% | 32% |
| 2013 | 43 | 17 | 60 | 72% | 28% |
| 2014 | 43 | 16 | 59 | 73% | 27% |
| 2015 | 30 | 15 | 45 | 67% | 33% |
| 2016 | 37 | 14 | 51 | 73% | 27% |
| YTD 2017 | 12 | 9 | 21 | 57% | 43% |

### Police Officer L.V.N.R. Effectiveness

| Year | Effective | Not Effective | Total # | % Effective | % Not Effective |
|---|---|---|---|---|---|
| 2007 | 47 | 34 | 81 | 58% | 42% |
| 2008 | 61 | 19 | 80 | 76% | 24% |
| 2009 | 49 | 21 | 70 | 70% | 30% |
| 2010 | 38 | 12 | 50 | 76% | 24% |
| 2011 | 45 | 9 | 54 | 83% | 17% |
| 2012 | 36 | 19 | 55 | 65% | 35% |
| 2013 | 41 | 15 | 56 | 73% | 27% |
| 2014 | 41 | 13 | 54 | 76% | 24% |
| 2015 | 27 | 13 | 40 | 68% | 33% |
| 2016 | 35 | 13 | 48 | 73% | 27% |
| YTD 2017 | 9 | 8 | 17 | 53% | 47% |

### L.V.N.R. Highest Levels Applied

| Year | Level 1 | Level 2 | Level 3 | Unk | % Level 1 | % Level 2 | % Level 3 | % Unk | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2012 | 19 | 9 | 9 | 22 | 32% | 15% | 15% | 37% | 59 |
| 2013 | 24 | 6 | 9 | 21 | 40% | 10% | 15% | 35% | 60 |
| 2014 | 31 | 6 | 7 | 15 | 53% | 10% | 12% | 25% | 59 |
| 2015 | 22 | 6 | 6 | 11 | 49% | 13% | 13% | 24% | 45 |
| 2016 | 27 | 4 | 8 | 12 | 53% | 8% | 16% | 24% | 51 |
| YTD 2017 | 10 | 2 | 2 | 7 | 48% | 10% | 10% | 33% | 21 |

### Corrections Officer L.V.N.R. Effectiveness

| Year | Effective | Not Effective | Total # | % Effective | % Not Effective |
|---|---|---|---|---|---|
| 2007 | 3 | 4 | 7 | 43% | 57% |
| 2008 | 3 | 2 | 5 | 60% | 40% |
| 2009 | 1 | 0 | 1 | 100% | 0% |
| 2010 | 2 | 1 | 3 | 67% | 33% |
| 2011 | 6 | 1 | 7 | 86% | 14% |
| 2012 | 4 | 0 | 4 | 100% | 0% |
| 2013 | 2 | 2 | 4 | 50% | 50% |
| 2014 | 2 | 3 | 5 | 40% | 60% |
| 2015 | 3 | 2 | 5 | 60% | 40% |
| 2016 | 2 | 1 | 3 | 67% | 33% |
| YTD 2017 | 3 | 1 | 4 | 75% | 25% |



L.V.N.R. Effectiveness PO & CO by Percent 2007 - YTD 2017

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | YTD 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| % Effective | 57% | 75% | 70% | 75% | 84% | 68% | 72% | 73% | 67% | 73% | 57% |
| % Not Effective | 43% | 25% | 30% | 25% | 16% | 32% | 28% | 27% | 33% | 27% | 43% |

**YTD 2017 data is through 05/15/2017

## L.V.N.R. Statistics
## 2012 – YTD 2017

The following statistics include L.V.N.R. data from 2012 – Year-to-Date 2017:
- 92% of L.V.N.R.s were performed by police officers, 8% by corrections officers.
- On average, the L.V.N.R. was effective 68% of the time. Thus far in 2017, the technique has been effective 57% of the time.
    - On average, police officers use L.V.N.R. effectively 68% of the time. In 2017, it has been effective 53% of the time.
    - On average, corrections officers use L.V.N.R. effectively 65% of the time. In 2017, it has been effective 75% of the time.
- When compared with all types of less-lethal use of force, L.V.N.R. is used on average 7% of the time.
    - Year-to-date 2017 there have been 299 use of force incidents. 21 have included the L.V.N.R. technique (7%).

### L.V.N.R. Totals (2012 - YTD 2017)

| Division | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| PD | 55 | 56 | 54 | 40 | 48 | 17 | 270 | 92% |
| DSD | 4 | 4 | 5 | 5 | 3 | 4 | 25 | 8% |
| Total | 59 | 60 | 59 | 45 | 51 | 21 | 295 | 100% |

### L.V.N.R. Effectiveness (PO & CO)

| Year | Effective | Not Effective | Total # | % Effective | % Not Effective |
|---|---|---|---|---|---|
| 2012 | 40 | 19 | 59 | 68% | 32% |
| 2013 | 43 | 17 | 60 | 72% | 28% |
| 2014 | 43 | 16 | 59 | 73% | 27% |
| 2015 | 30 | 15 | 45 | 67% | 33% |
| 2016 | 37 | 14 | 51 | 73% | 27% |
| YTD 2017 | 12 | 9 | 21 | 57% | 43% |

### Police Officer L.V.N.R. Effectiveness

| Year | Effective | Not Effective | Total # | % Effective |
|---|---|---|---|---|
| 2012 | 36 | 19 | 55 | 65% |
| 2013 | 41 | 15 | 56 | 73% |
| 2014 | 41 | 13 | 54 | 76% |
| 2015 | 27 | 13 | 40 | 68% |
| 2016 | 35 | 13 | 48 | 73% |
| YTD 2017 | 9 | 8 | 17 | 53% |

### Corrections Officer L.V.N.R. Effectiveness

| Year | Effective | Not Effective | Total # | % Effective |
|---|---|---|---|---|
| 2012 | 4 | 0 | 4 | 100% |
| 2013 | 2 | 2 | 4 | 50% |
| 2014 | 2 | 3 | 5 | 40% |
| 2015 | 3 | 2 | 5 | 60% |
| 2016 | 2 | 1 | 3 | 67% |
| YTD 2017 | 3 | 1 | 4 | 75% |



L.V.N.R. Effectiveness (PO & CO) 2012 - YTD 2017

| | 2012 | 2013 | 2014 | 2015 | 2016 | YTD 2017 |
|---|---|---|---|---|---|---|
| Effective | 40 | 43 | 43 | 30 | 37 | 12 |
| Not Effective | 19 | 17 | 16 | 15 | 14 | 9 |

### L.V.N.R. Technique vs. Total Use of Force

| Year | L.V.N.R. | Total UOF | % of Total |
|---|---|---|---|
| 2012 | 59 | 843 | 7% |
| 2013 | 60 | 798 | 8% |
| 2014 | 59 | 873 | 7% |
| 2015 | 45 | 779 | 6% |
| 2016 | 51 | 775 | 7% |
| YTD 2017 | 21 | 299 | 7% |
| 2012 - YTD 2017 Average: 7% | | | |

### L.V.N.R. Levels Applied

| Level | 2016 | YTD 2017 | % in 2016 | % in YTD 2017 |
|---|---|---|---|---|
| Level 1 | 27 | 10 | 53% | 47% |
| Level 2 | 4 | 2 | 8% | 10% |
| Level 3 | 8 | 2 | 15% | 10% |
| Unknown | 12 | 7 | 24% | 33% |
| TOTAL | 51 | 21 | 100% | 100% |

### L.V.N.R. Resulting in Unconsciousness

| Unconscious | 2016 | YTD 2017 | % in 2016 | % in YTD 2017 |
|---|---|---|---|---|
| Yes | 10 | 1 | 20% | 5% |
| No | 39 | 18 | 76% | 86% |
| Unknown | 2 | 2 | 4% | 9% |
| TOTAL | 51 | 21 | 100% | 100% |

**YTD 2017 data through 05/15/2017



**LVMPD 1352**

## L.V.N.R. Statistics
## 2012 – YTD 2017

| L.V.N.R Totals (2007 – YTD 2017) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Division | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | YTD 2017 | Total | % of Total |
| PD | 81 | 80 | 70 | 50 | 54 | 55 | 56 | 54 | 40 | 48 | 17 | 605 | 93% |
| DSD | 7 | 5 | 1 | 3 | 7 | 4 | 4 | 5 | 5 | 3 | 4 | 48 | 7% |
| Total | 88 | 85 | 71 | 53 | 61 | 59 | 60 | 59 | 45 | 51 | 21 | 653 | 100% |

| L.V.N.R. Technique vs. Total Use of Force | | | |
|---|---|---|---|
| Year | L.V.N.R. | Total UOF | % of Total |
| 2007 | 88 | 1300 | 7% |
| 2008 | 85 | 1345 | 6% |
| 2009 | 71 | 1230 | 6% |
| 2010 | 53 | 988 | 5% |
| 2011 | 61 | 1089 | 6% |
| 2012 | 59 | 843 | 7% |
| 2013 | 60 | 798 | 8% |
| 2014 | 59 | 873 | 7% |
| 2015 | 45 | 779 | 6% |
| 2016 | 51 | 775 | 7% |
| YTD 2017 | 21 | 299 | 7% |
| 2007 – YTD 2017 Average: 6% | | | |

| L.V.N.R. Effectiveness (PO & CO) | | | | | |
|---|---|---|---|---|---|
| Year | Effective | Not Effective | Total # | % Effective | % Not Effective |
| 2007 | 50 | 38 | 88 | 57% | 43% |
| 2008 | 64 | 21 | 85 | 75% | 25% |
| 2009 | 50 | 21 | 71 | 70% | 30% |
| 2010 | 40 | 13 | 53 | 75% | 25% |
| 2011 | 51 | 10 | 61 | 84% | 16% |
| 2012 | 40 | 19 | 59 | 68% | 32% |
| 2013 | 43 | 17 | 60 | 72% | 28% |
| 2014 | 43 | 16 | 59 | 73% | 27% |
| 2015 | 30 | 15 | 45 | 67% | 33% |
| 2016 | 37 | 14 | 51 | 73% | 27% |
| YTD 2017 | 12 | 9 | 21 | 57% | 43% |

\*\*YTD 2017 data through 05/15/2017

**LVMPD 1353**

L.V.N.R. Statistics
2012 – YTD 2017

| Police Officer L.V.N.R. Effectiveness ||||||
| Year | Effective | Not Effective | Total # | % Effective | % Not Effective |
| --- | --- | --- | --- | --- | --- |
| 2007 | 47 | 34 | 81 | 58% | 42% |
| 2008 | 61 | 19 | 80 | 76% | 24% |
| 2009 | 49 | 21 | 70 | 70% | 30% |
| 2010 | 38 | 12 | 50 | 76% | 24% |
| 2011 | 45 | 9 | 54 | 83% | 17% |
| 2012 | 36 | 19 | 55 | 65% | 35% |
| 2013 | 41 | 15 | 56 | 73% | 27% |
| 2014 | 41 | 13 | 54 | 76% | 24% |
| 2015 | 27 | 13 | 40 | 68% | 33% |
| 2016 | 35 | 13 | 48 | 73% | 27% |
| YTD 2017 | 9 | 8 | 17 | 53% | 47% |

| Corrections Officer L.V.N.R. Effectiveness ||||||
| Year | Effective | Not Effective | Total # | % Effective | % Not Effective |
| --- | --- | --- | --- | --- | --- |
| 2007 | 3 | 4 | 7 | 43% | 57% |
| 2008 | 3 | 2 | 5 | 60% | 40% |
| 2009 | 1 | 0 | 1 | 100% | 0% |
| 2010 | 2 | 1 | 3 | 67% | 33% |
| 2011 | 6 | 1 | 7 | 86% | 14% |
| 2012 | 4 | 0 | 4 | 100% | 0% |
| 2013 | 2 | 2 | 4 | 50% | 50% |
| 2014 | 2 | 3 | 5 | 40% | 60% |
| 2015 | 3 | 2 | 5 | 60% | 40% |
| 2016 | 2 | 1 | 3 | 67% | 33% |
| YTD 2017 | 3 | 1 | 4 | 75% | 25% |

**YTD 2017 data through 05/15/2017

**LVMPD 1354**

L.V.N.R. Statistics
2012 – YTD 2017



**YTD 2017 data through 05/15/2017

LVMPD 1355