**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TRINITA FARMER, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually,<br><br>Defendants. | CASE NO: 2:18-cv-00860-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NO.'S 125 & 129)**<br><br>*(First Request)* |

WHEREAS Defendants Las Vegas Metropolitan Police Department, Travis Crumrine, Michael Flores, and Michael Tran collectively filed a Motion for Summary Judgment on December 16, 2019 (ECF No. 125). Defendant Kenneth Lopera filed his Motion for Summary Judgment on December 16, 2019 (ECF No. 129).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiff to file her Responses to Defendants' Motions for Summary Judgment. The current deadline for Plaintiff to respond to Defendants' Motions for Summary Judgment is January 6, 2020. The new deadline for Plaintiff to respond to Defendants' Motions for Summary Judgment will be January 13, 2020.

This extension is the first request and is not for the purpose of delay but rather because defendants' motions are extensive and voluminous, each brief requires a thorough and thoughtful response by plaintiff; plaintiff's counsel's availability during the holidays will be limited to devote

adequate time to crafting the responses to each of the defendants' briefs; plaintiff's counsel has pre-trial exhibit exchanges and disclosures due around the same time as the current deadline to file responses to defendants' briefs (approximately 30,000 documents have been previously exchanged between the parties); and plaintiff is co-chairing a medical malpractice trial in the Eighth Judicial District Court of Nevada that is confirmed for January 13, 2020 in the matter of *Bahram Mouzoon vs. Jon L. Seims, M.D. et al., case number A-15-714462-C.*

DATED this 20th day of December, 2019.   DATED this 20th day of December, 2019.

**LAGOMARSINO LAW**   **MCNUTT LAW FIRM, P.C.**

_____   __/s/ Daniel R. McNutt_____
ANDRE M. LAGOMARSINO, ESQ.   Daniel R. McNutt, Esq.
3005 W. Horizon Ridge Pkwy., Suite 241   625 South 8th Street
Henderson, Nevada 89052   Las Vegas, Nevada 89101
*Attorney for Plaintiff Trinita Farmer*   *Attorney for Defendant Kenneth Lopera*

DATED this 20th day of December, 2019.

**MARQUIS AURBACH COFFING**

__/s/ Craig R. Anderson_____
Craig R. Anderson, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants LVMPD,*
*Crumrine, Tran, and Flores*

**IT IS SO ORDERED.**          **ORDER**

Dated this __23__ day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT