**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINITA FARMER, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FORES, individually,<br><br>Defendants. | CASE NO.: 2:18-cv-00860-GMN-VCF<br><br>**APPENDIX TO:**<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT OFFICER KENNETH LOPERA'S MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56**<br>**(ECF NO. 129)**<br><br>**VOLUME I** |

| Ex. # | Exhibit Title |
|---|---|
| 1. | Venetian Video Surveillance (Tashii Walking Through Casino) |
| 2. | Excerpts from Ashley Lif Deposition, Vol. II, 4/4/19 |
| 3. | Venetian Video Surveillance (Inside and Outside Video Cameras) |
| 4. | Excerpts from James Rybacki Deposition, Vol. II, 10/2/19 |
| 5. | Defendant Lopera's Body Worn Camera Footage |
| 6. | Excerpts from Trevor Alsup Deposition, Vol. II, 4/10/19 |
| 7. | Excerpts from John McGrath Deposition, Vol. II, 7/31/19 |
| 8. | Excerpts from Michael Tran Deposition, Vol. II, 12/18/18 |
| 9. | |
| 10. | Excerpts from John McGrath Deposition, Vol. I, 12/27/17 |
| 11. | Excerpts from Michael Bland Deposition, Vol. I, 12/21/17 |
| 12. | Excerpts from Travis Crumrine Deposition, Vol. II, 12/10/18 |
| 13. | Excerpts from Tim Kelly Deposition, Vol. I, 10/25/18 |