# EXHIBIT 1
# Venetian Video Surveillance (Tashii Walking Through Casino)



## CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF NEVADA            }
                           }  ss:
COUNTY OF CLARK            }

TANYA MINJAREZ, being duly sworn deposes and says:

1. I am employed by Venetian Casino Resort, LLC, a subsidiary of Las Vegas Sands Corp., in the position of Surveillance Administrator and by this position I am a custodian of records for my employer.

2. Venetian Casino Resort, LLC and Las Vegas Sands Corp. are licensed to do business in the State of Nevada.

3. On April 9, 2019, Las Vegas Sands Corp. was served with a subpoena in connection with the case entitled *Trinita Farmer v. Las Vegas Metropolitan Police Department, et al.*, Case No.: 2:18-cv-00860-GMN-VCF, calling for the production of video records pertaining to Tashii Farmer aka Tashii Brown.

4. I have examined the original of those records and have made or caused to be made a true and exact copy of them and that the reproduction of them provided is true and complete.

5. The original of those records was made at or near the time of the act, event, or condition recited therein by or from information transmitted by a person with knowledge, in the course of a regularly conducted activity of Venetian Casino Resort, LLC.

FURTHER, AFFIANT SAYETH NAUGHT.

Dated this 16 day of APRIL, 2019.

_____
AFFIANT

Sworn to before me, a Notary Public,
on this 16 day of April, 2019.

_____
NOTARY PUBLIC

JESSICA LILIANA CORTES DE ARENAS
Notary Public, State of Nevada
No. 16-3550-1
My Appt. Exp. Aug. 3, 2020