# EXHIBIT 4
# Excerpts from James Rybacki Deposition, Vol. II, 10/2/19

Officer James Rybacki                    Trinita Farmer v. Las Vegas Metropolitan Police Department, et al.

1                     UNITED STATES DISTRICT COURT

2                         DISTRICT OF NEVADA

3

4    TRINITA FARMER, individually,      )
                                        )
5                    Plaintiff,         )
                                        )
6    vs.                                ) Case No.:
                                        )
7    LAS VEGAS METROPOLITAN POLICE      ) 2:18-cv-00860-GMN-VCF
     DEPARTMENT, a political            )
8    subdivision of the State of        )
     Nevada; KENNETH LOPERA,            )
9    individually; TRAVIS CRUMRINE,     )
     individually; MICHAEL TRAN,        )
10   individually; MICHAEL FLORES,      )
     individually,                      )
11                                      )
                     Defendants.        )
12   _____)

13

14

15            DEPOSITION OF OFFICER JAMES RYBACKI

16            Taken on Wednesday, October 2, 2019

17                     At 9:01 a.m.

18            At Oasis Reporting Services, LLC

19            400 South Seventh Street, Suite 400

20                     Las Vegas, Nevada

21

22

23

24
     Reported By:  Ewa Barnes, CCR No. 889
25   Job No. 35498

Officer James Rybacki                    Trinita Farmer v. Las Vegas Metropolitan Police Department, et al.

1        Q.    BDU.

2        A.    Yes.

3        Q.    And what does it stand for?

4        A.    Military term, battle dress uniform.

5        Q.    And you were wearing a BDU on the night of the

6    incident; correct?

7        A.    Yes.

8        Q.    Was Lopera?

9        A.    Yes.

10       Q.    Do you know why you wear BDUs as opposed to the

11   tan uniform?

12       A.    We're a -- the Flex Team is considered a

13   proactive unit.  We essentially adopted that uniform from

14   the old gang unit, and that's pretty much -- the

15   individuals that we try to go after and target, they

16   recognize that uniform versus the tan uniform.

17       Q.    And can an LVNR be applied if they're armed?

18       A.    Yes.

19       Q.    And as part of the final LVR -- LVNR, is it

20   important to position a subject's head properly?

21       A.    Yes.

22       Q.    And when I'm saying LVNR, I mean the lateral

23   vascular neck restraint; correct?

24       A.    Yes.

25       Q.    And there are three different levels to the

Page 59

1                    REPORTER'S DECLARATION

2

3    STATE OF NEVADA        )

                           )    ss.

4    COUNTY OF CLARK        )

5

6              I, Ewa Barnes, CCR No. 889, declare as follows:

7    That I reported the taking of the deposition of the

8    witness, OFFICER JAMES RYBACKI, commencing on Wednesday,

9    October 2, 2019, at 9:01 a.m.

10             That prior to being examined, the witness was by

11   me duly sworn to testify to the truth, the whole truth and

12   nothing but the truth.

13             That I thereafter transcribed my said shorthand

14   notes into typewriting and that the typewritten transcript

15   of said deposition is a complete, true and accurate

16   transcription of said shorthand notes taken down at said

17   time.

18             I further declare that I am not a relative or

19   employee of any party involved in said action, nor a person

20   financially interested in the action.

21             Dated at Las Vegas, Nevada, this 14th day of

22   October, 2019.

23

24                              _Ewa Barnes_

                               Ewa Barnes, CCR No. 889

25

Electronically signed by Ewa Barnes (501-409-256-4928)                    453bebf7-197c-471d-9de1-586d993c15f6