# EXHIBIT 5
# Defendant Lopera's Body Worn Camera Footage

