# EXHIBIT 9
# Lopera CIRT
# Statement

# EXHIBIT 9
# Lopera CIRT
# Statement
# FILED UNDER
# SEAL