**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRINITA FARMER, individually,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FORES, individually,

Defendants.

CASE NO.: 2:18-cv-00860-GMN-VCF

**APPENDIX TO:**

**PLAINTIFF'S OPPOSITION TO DEFENDANT OFFICER KENNETH LOPERA'S MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56 (ECF NO. 129)**

**VOLUME II**

| Ex. # | Exhibit Title |
|---|---|
| 14. | Memo from LVMPD Tactical Review Bd. to Sheriff Lombardo |
| 15. | Excerpts from Trevor Alsup Deposition, Vol. III, 7/1/19 |
| 16. | LVMPD FIT Report |
| 17. | Excerpts from Jonathan Pierce Deposition, Vol. I, 4/26/18 |
| 18. | Excerpts from Kasey Kirkegard Deposition, Vol. II, 2/6/19 |
| 19. | Autopsy photos of Taser hook still punctured in Tashii's back |
| 20. | CIRT Administrative Report |
| 21. | Excerpts from Ryan Evans Deposition, Vol. I, 10/25/18 |
| 22. | Excerpts from Chad Lyman Deposition, Vol. II, 11/5/19 |
| 23. | Medic West Patient Care Report |
| 24. | Excerpts from Michael Flores Deposition, Vol. II, 1/7/19 |
| 25. | Michael Amburgey Body Worn Camera Footage |
| 26. | Clark County Coroner's Report |
| 27. | Dr. William Smock Expert Report |
| 28. | Excerpts from Jamie Frost depo, Vol. II, 11/12/19 |

Page 1 of 1