# EXHIBIT 14
# Memo from LVMPD Tactical Review Bd. to Sheriff Lombardo

# EXHIBIT 14
# Memo from LVMPD Tactical Review Bd. to Sheriff Lombardo
# FILED UNDER SEAL