# EXHIBIT 16 LVMPD FIT Report

# EXHIBIT 16 LVMPD FIT Report FILED UNDER SEAL