# EXHIBIT 19
# Autopsy photos of Taser hook still punctured in Tashii's back





LVMPD 2562



LVMPD 2650



LVMPD 2559



LVMPD 2185



LVMPD 2180

