# EXHIBIT 20
# CIRT Administrative Report

# EXHIBIT 20
# CIRT
# Administrative Report
# FILED UNDER SEAL