# EXHIBIT 23
# Medic West Patient Care Report

*177556061*

1  **Marquis Aurbach Coffing**
   Craig R. Anderson, Esq.
2  Nevada Bar No. 6882
   10001 Park Run Drive
3  Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
4  Facsimile: (702) 382-5816
   canderson@maclaw.com
5     Attorneys for Defendant LVMPD

RECEIVED MAR 0 2 2018

6

7                    **UNITED STATES DISTRICT COURT**

                        **DISTRICT OF NEVADA**

8  ESTATE OF TASHI S. FARMER a/k/a               Case Number:
   TASHII FARMER a/k/a TASHII BROWN,          2:17-cv-01946-JCM-PAL
9  by and through its Special Administrator, Elia
   Del Carmen Solano-Patricio; TAMARA
10 BAYLEE KUUMEALI'MAKAMAE
   FARMER DUARTE, a minor, individually
11 and as Successor-in-Interest, by and through
   her legal guardian, Stevandra Lk Kuanoni;
12 ELIAS BAY KAIMIPONO DUARTE, a
   minor, individually and as Successor-in-
13 Interest, by and through his legal guardian,
   Stevandra Lk Kuanoni,
14

15                          Plaintiffs,

16      vs.

17 LAS VEGAS METROPOLITAN POLICE
   DEPARTMENT, a political subdivision of
18 the State of Nevada; OFFICER KENNETH
   LOPERA, individually and in his Official
   Capacity; and Does I through 50 inclusive,            CIOX HEALTH

19                                                         MAR 0 8 2018
20                          Defendants.
                                                          27 pages
21                    **SUBPOENA DUCES TECUM**

22 **THE STATE OF NEVADA SENDS GREETINGS TO:**

23      SUNRISE HOSPITAL MEDICAL CENTER
             3186 S. Maryland Parkway
24             Las Vegas, NV 89104

25      **YOU ARE HEREBY COMMANDED**, that all singular, business and excuses set

26 aside, you appear and attend on **February 23rd, 2018**, at the hour of **10:00 a.m.**, at the law

27 offices of Marquis Aurbach Coffing, 10001 Park Run Drive, Las Vegas, Nevada 89145.

                            Page 1 of 4

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

D00 2425051
D00115967880

Per Michelle ok to release rec. To mail.

LVMPD 3251

3186 SOUTH MARYLAND PARKWAY • LAS VEGAS, NV 89109 • WWW.SUNRISEHOSPITAL.COM



**SUNRISE**
HOSPITAL & MEDICAL CENTER

Patient: **TASHI S. FARMER**

Medical Record Number: **D002425051**

Facility: **SUNRISE HOSPITAL**

Phone Number: **702-731-8663**

Address: **3186 SOUTH MARYLAND PARKWAY**   City/State: **LAS VEGAS NEVADA** Zip: **89109**

### CERTIFICATION OF MEDICAL RECORDS

To the best of my knowledge, the copied documents, records and other items enclosed are true and correct copies of all original records identified and described in the subpoena duces tecum, patient authorization, or court order made by or at the direction of the custodian of records. The original records were prepared in the ordinary course of the facility's regularly conducted business at or near the time of the act, condition, or event by persons with knowledge of the facts recorded, and the records have been maintained in the ordinary course of the facility's regularly conducted business according to all confidentiality and security requirements of law. This certification is given by the custodian of records instead of the custodian's personal appearance.

We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete and/or preliminary at this time.

The recipient of these records agrees to maintain their confidentiality and permit further disclosure only as authorized by law.

**Select Only One:**

☒ The complete records consisting of *27* pages.
☐ The complete records for the time period beginning _____ and ending _____ consists of _____ pages.
☐ The copied records consist of _____ pages. They are incomplete in the
   following:_____

### CERTIFICATION OF NO RECORDS

☐ A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

### DECLARATION OF CUSTODIAN OF RECORDS

I, **FRANCES L. OLIVERI, HIMD,** am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of Nevada, County of Clark that the foregoing is true and correct.

Signature

Date *3.5.18*

Subscribed and sworn to me, a notary public in and for said county, this *5th* Day of *May* 2018.

Notary Public

My commission expires: *01/02/2022*

DAWN L BUOMPANE
Notary Public, State of Nevada
Appointment No. 18-1314-1
My Appt. Expires Jan. 2, 2022

SUNRISE HEALTH: Sunrise Hospital and Medical Center • MountainView Hospital • Southern Hills Hospital and Medical Center • Sunrise Children's Hospital

LVMPD 3252

1  Your attendance is required to give testimony and/or to produce and permit inspection and

2  copying of designated books, documents or intangible things in your possession, custody or

3  control, or to permit inspection of the premises.

4      **YOU ARE FURTHER COMMANDED TO BRING WITH YOU AND**

5  **PRODUCE THE FOLLOWING:**

6      1.    Complete medical records including, but not limited to, self-completed intake

7  questionnaires, insurance information, and medical records from other providers contained

8  in the medical file of TASHI S. FARMER, aka TASHI S. BROWN, aka SEBASTIAN

9  FARMER, aka SEBASTIAN BROWN, aka TASHI SEBASTIAN FARMER BROWN,

10  DOB: 12/16/1976.

11      2.    Completed Certificate of Custodian of Records (attached).

12      **In lieu of attending the scheduled deposition, you may furnish copies of the**

13  **documents requested in the Subpoena prior to the date of the deposition by delivering**

14  **said documents to:**

15              Marquis Aurbach Coffing
               Attention: Michelle Watson
16              10001 Park Run Drive
               Las Vegas, NV  89145
17

18      Should you elect to furnish the requested documents by delivery, please give notice

19  of your election to Michelle Watson at (702) 856-8902, on or before the scheduled

20  deposition.

21      Nevertheless, if you fail to attend or produce the documents, you will be deemed

22  guilty of contempt of Court and liable to pay all losses and damages caused by your failure

23  to appear and in addition forfeit One Hundred Dollars ($100.00).

24  / / /

25  / / /

26  / / /

27  / / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-057 3313555_1 1/31/2018 3:51 PM

LVMPD 3253

1        Please see Exhibit A attached hereto for information regarding the rights of the

2    person subject to this Subpoena.

3        Dated this 1st day of February, 2018.

4

5                    MARQUIS AURBACH COFFING

6

7            By /s/ Craig R. Anderson, Esq.
                Craig R. Anderson, Esq.

8                    Nevada Bar No. 6882
                10001 Park Run Drive

9                    Las Vegas, Nevada 89145
                Telephone: (702) 382-0711

10                   Facsimile: (702) 382-5816
                canderson@maclaw.com

11                   Attorneys for Defendant LVMPD

12           Defendant LVMPD

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-057 3313555_1 1/31/2018 3:51 PM

LVMPD 3254

**EXHIBIT A**

**Nevada Rule of Civil Procedure 45. Subpoena.**

**(c)  Protection of Persons Subject to Subpoena.**

(1)     A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)     (A)     A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)     Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)     (A)     On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)     fails to allow reasonable time for compliance;

(ii)     requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)     requires disclosure of privileged or other protected matter and no exception or waiver applies,  or

(iv)     subjects a person to undue burden.

(B)     If a subpoena

(i)     requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)     requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d)  Duties in Responding to Subpoena.**

(1)     A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)     When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**(e)  Contempt.**

Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued.  [As amended; effective January 1, 2005].

Page 4 of 4

MAC:14687-057 3313555_1 1/31/2018 3:51 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Electronically Filed
1/17/2018 9:37 AM
Steven D. Grierson
CLERK OF THE COURT

CALLISTER & ASSOCIATES
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
T: (702) 385-3343 F: (702) 385-2899

**LSA**
**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No.: 1396
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No.: 11920
**CALLISTER LAW GROUP**
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
Email: matt@callcallister.com
mbisson@callcallister.com

*Attorneys for Petitioner*
*LORIN MICHELLE TAYLOR*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| In the Matter of the Estate of<br>TASHI S. FARMER a/k/a TASHII FARMER<br>a/k/a TASHII BROWN,<br>Deceased. | **CASE NO.: P-17-092002-E**<br>**DEPT. NO.: PC1**<br><br>**HEARING DATE: January 5, 2018**<br>**HEARING TIME: 9:30 A.M.** |

**LETTERS OF SPECIAL ADMINISTRATION**

On the 5th day of January, 2018, the Court entered an Order appointing LORIN MICHELLE TAYLOR as Special Administrator of the Estate of Tashi S. Farmer a/k/a Tashii Farmer a/k/a Tashii Brown (hereinafter "Decedent's Estate". The Order includes:

- ☑ A directive for no bond;
- ☑ A directive for the establishment of blocked accounts when liquid funds become available;
- ☐ A directive for the posting of bond in the sum of $ ; or
- ☐ A directive for both the establishment of blocked accounts for sums in excess of $__________ and the posting of bond in the sum of $ __________.

1       The Special Administrator, having been duly qualified, may act and has the authority

2  and duties of Special Administrator specified in the attached Order dates January 5, 2018.

3       In testimony of which, I have on this date signed these letters and affixed the seal of the

4  Court.

STEVEN D. GRIERSON
CLERK OF THE COURT

5

6       CLERK OF THE COURT

7

8

9      By: _____

       Deputy Clerk

10                   JAN 1 6 2018

11              VIVIAN A. CANELA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALLISTER & ASSOCIATES
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
T: (702) 385-3343 F: (702) 385-2899

PAGE 2 OF 3

LVMPD 3257

CALLISTER & ASSOCIATES
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
T: (702) 385-3343 F: (702) 385-2899

## OATH

I, LORIN MICHELLE TAYLOR, whose mailing address is 330 E. Charleston Boulevard., Suite 100, Las Vegas, Nevada 89104, solemnly affirm that I will faithfully perform according to law the duties of Special Administrator and that all matters stated in any petition or paper filed with the Court by me are true of my own knowledge or, if any matters are state on information and belief, I believe them to be true.

_____
SPECIAL ADMINISTRATOR

SUBSCRIBED AND AFFIRMED before me
this _10_ day of _January_, 2018.

LESLIE REYNOLDS
Notary Public State of Nevada
No. 99-50744-1
My appt. exp. Oct. 25, 2019

_____
NOTARY PUBLIC in and for the
County of Clark, State of Nevada

PAGE 3 OF 3

LVMPD 3258

Electronically Filed
1/5/2018 2:11 PM
Steven D. Grierson
CLERK OF THE COURT

1   **ORDG**
2   **MATTHEW Q. CALLISTER, ESQ.**
    Nevada Bar No.: 1396
3   **MITCHELL S. BISSON, ESQ.**
    Nevada Bar No.: 11920
4   **CALLISTER & ASSOCIATES**
    330 E. Charleston Blvd., Suite 100
5   Las Vegas, Nevada 89104
    Telephone: (702) 385-3343
6   Facsimile: (702) 385-2899
    Email: matt@callcallister.com
7            mbisson@callcallister.com

8   *Attorneys for Estate*

9                    **DISTRICT COURT**

10                 **CLARK COUNTY, NEVADA**

11  In the Matter of the Estate of          **CASE NO.:  P-17-092002-E**
                                            **DEPT. NO.:  PC1**
12  TASHI S. FARMER a/k/a TASHII FARMER
                                            **HEARING DATE: January 5, 2018**
13  a/k/a TASHII BROWN,                     **HEARING TIME: 9:30 A.M.**

14          Deceased.

15

16

17       **ORDER GRANTING PETITION FOR WITHDRAWAL**
      **OF PERSONAL REPRESENTATIVE, FOR APPOINTMENT**
18   **OF SUBSTITUTE PERSONAL REPRESENTATIVE, AND PETITION**
         **FOR ISSUANCE OF SPECIAL LETTERS OF ADMINISTRATION**
19
20       Petitioners, ELIA DEL CARMEN SOLANO-PATRICIO (hereinafter "ELIA

21  SOLANO") and LORIN MICHELLE TAYLOR (hereinafter collectively referred to as

22  "Petitioners"), having proved to the satisfaction of the Court that the time for hearing of the

23  Petition for Withdrawal of Personal Representative, for Appointment of Substitute Personal

24  Representative, and Petition for Issuance of Special Letters of Administration having been

25  heard on January 5, 2018, and that the notice of said hearing having been duly served as required

26

27

28
                              **PAGE 1 OF 3**

LVMPD 3259

1  by law, and the Court having reviewed the evidence finds that the facts alleged in said Petition

2  are true and correct and that said Petition should be granted.

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that LORIN MICHELLE

4  TAYLOR be appointed Special Administrator of the Estate of Tashi S. Farmer (hereinafter the

5  "Estate") in place of ELIA DEL CARMEN SOLANO-PATRICIO, and that Special Letters of

6

7  Administration be granted and issued to her upon taking the oath required by law, with no bond

8  required.

9      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that LORIN MICHELLE

10  TAYLOR be granted all of the powers of a Special Administrator contained in NRS §140.040,

11

12  specifically including, but not limited to, NRS §140.040(2)(a) giving the Special Administrator

13  all necessary powers to commence, maintain, or defend actions and other legal proceedings as

14  a personal representative.

15      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that LORIN MICHELLE

16  TAYLOR be authorized to act on the Estate's behalf with regard to any legal claims or causes

17  of action it may have as a result of the personal injury, wrongful death, civil rights violations,

18  or any other claim or damages of Decedent and to handle and act on behalf of the Estate with

19  regard to any matters involved therein, including, but not limited to filing any complaints,

20  seeking and responding to discovery, filing and responding to motions, bringing the matter to

21

22  trial (if necessary), settling the matter and releasing claims related thereto, subject to this

23  Court's approval of any settlement in the matter.

24      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that in receiving this

25  appointment as Special Administrator, LORIN MICHELLE TAYLOR, be authorized to receive

26

27  and be provided copies, records, and information, which are or may be lodged with any persons,

28

CALLISTER & ASSOCIATES
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
T: (702) 385-3343 F: (702) 385-2899

PAGE 2 OF 3

LVMPD 3260

1  family members and friends, along with any and all medical providers, care facilities, insurers,

2  institutions, governmental agencies or departments or the like, including the Las Vegas

3  Metropolitan Police Department.

4         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that LORIN MICHELLE

5  TAYLOR be authorized to request and receive any and all information regarding Decedent

6  from any other person or agency which is currently or has previously been involved in the

7  Decedent's welfare, healthcare, and custody, including but not limited to doctors, health care

8  providers, coroners, friends, family, and social service workers past and present, and any other

9  governmental agency or department, including the Las Vegas Metropolitan Police Department.

10        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any liquid assets or

11 settlement funds obtained by LORIN MICHELLE TAYLOR as Special Administrator and or

12 the Estate shall be placed in a blocked account with proof thereof submitted to this Court upon

13 the opening of such blocked account and the placement of funds therein.

14        DATED this  5  day of  Jan.           , 2018.

15

16

17                                          _____
                                           DISTRICT COURT JUDGE

18 Respectfully submitted by:

19 CALLISTER & ASSOCIATES

20

21

22 MATTHEW Q. CALLISTER, ESQ.
   Nevada Bar No.: 1396
23 MITCHELL S. BISSON, ESQ.
   Nevada Bar No.: 11920
24 330 E. Charleston Blvd., Suite 100
   Las Vegas, Nevada 89104
25 *Attorneys for Estate*

PAGE 3 OF 3

CALLISTER & ASSOCIATES
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
T: (702) 385-3343 F: (702) 385-2899

LVMPD 3261

**HIPAA AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION
TO** (*Print Name and Address of Provider*):

_Sunrise Hospital & Medical Center_
_3186 South Maryland Pkwy_
_Las Vegas, NV 89109_

Per this authorization, the estate of the decedent Tashi S. Farmer a/k/a Tashii Farmer a/k/a Tashii Brown hereby authorizes the release of Protected Health Information pursuant to 45 CFR Sections 160 and 164.

1.      The undersigned authorizes the above-named provider ("Provider") to release the following information:

Any and all medical records, including, but not limited to, notes, memoranda, correspondence, telephone call records, pictures and/or videos, histories, narratives, summaries, conclusions, diagnoses, referrals, recommendations, prescriptions, imaging reports, test results, reference lab reports, physicians' and nurses' notes, Kardex, physical therapy and rehabilitation records and notes, records of other health care providers, or any other written documentation relating to my treatment and/or care for the time period between May 1, 2012, to present.

2.      The information may be disclosed by employees or business associates of Provider.

3.      The information may be disclosed to any individual affiliated with the law firms McNutt Law Firm, P.C. or Marquis Aurbach Coffing.

4.      The disclosure may be made for the following purpose: ongoing litigation.

5.      This authorization will remain in full force and effect until the conclusion of the litigation known as: *Estate of Tashi S. Farmer v. Las Vegas Metropolitan Police Department, et. al.*, case no. 2:17-cv-01946-JCM-PAL in the United States District Court for the District of Nevada.

6.      I further authorize the release of any and all medical billings, statements or invoices that you have in your possession, custody or control pertaining to my treatment and/or consultation and

HIPAA AUTHORIZATION - 1

**HIPAA AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**
I understand that this medical record may include information concerning psychiatric diagnoses, drug abuse, alcoholism or communicable or venereal disease. With this knowledge, I hereby give my consent to release the requested information from the above-referenced medical record, including any information concerning the patient's/resident's identity.

7.     I am willing that a photocopy of this authorization be accepted in lieu of the original.

8.     I understand that the health care provider disclosing information pursuant to this authorization cannot condition treatment, payment, enrollment or eligibility for benefits on my signing this authorization. Further, I understand that I may inspect or copy any information used or disclosed under this authorization.

9.     I acknowledge (i) that I have the right to revoke the authorization at any time, and (ii) that I understand that once the information is disclosed, it may no longer be protected by federal privacy law.

10.     I acknowledge that I may revoke this authorization only in writing sent by certified mail to the Provider at the address above. The revocation shall be effective only upon receipt, except (1) to the extent the Provider has acted in reliance on the authorization, or (2) the authorization was obtained as a condition of obtaining insurance coverage and the insurer wishes to use the protected health information to lawfully contest a claim.

Date:                     February 14, 2018

Signed by:                Lorin Michelle Taylor

Patient's Printed Name        Tashi Sebastian Farmer

Patient's SSN:            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

Patient's Date of Birth        12/16/1976

THE ESTATE OF THE DECEDENT HAS BEEN GIVEN A COPY OF THE AUTHORIZATION.

HIPAA AUTHORIZATION - 2

**Sunrise Hospital and Medical Center**
3186 South Maryland Parkway, Las Vegas, Nevada 89109  (702)731-8000

### IN/OUT/ER PATIENT ADMISSION RECORD

ACCOUNT#:**D00115967880**   ADM DATE:05/14/17   UNIT RCRD #:**D002425051**   ARRIVAL:AMB
ROOM/BED:                          ADM TIME:0122              MARKET URN:D1693858              CONF:   VIP:
PT. TYPE:REG ER         ADMIT PRI/SRC:EM / PR    LOCATION(S):D.ER                              FC:99

### PATIENT INFORMATION

NAME: **FARMER,TASHI SEBASTIAN**         OTHER NAME:
STREET: 1912 EMBREY AVE                          DOB: 12/16/1976 SS#: xxx-xx-7777
STREET:                                          AGE: 40          RACE: BLACK/AFRI
C/S/ZP: LAS VEGAS,NV 89106                        SEX: M  MAR STATUS: U
PHONE#:(999)999-9999  CNTY/RES: CLARK            REL: NONE              LANG: UNKNOWN

### SPOUSE/NOK/COMPANION                 PERSON TO NOTIFY

REFUSED,PATIENT                                  REFUSED,PATIENT
1912 EMBREY AVE                                  1912 EMBREY AVE
LAS VEGAS,NV 89106                               LAS VEGAS,NV 89106
(999)999-9999  RELTN: OTHER RELATIONSHIP         (999)999-9999  RELTN: OTHER RELATIONSHI
WORK PH:                                         WORK PH:

### PATIENT EMPLOYER                     GUARANTOR

NONE                                             FARMER,TASHI SEBASTIAN
NONE                                             1912 EMBREY AVE

NONE,NV 89109                                    LAS VEGAS,NV 89106
(702)999-9999     OCC: NONE                      (999)999-9999  RELTN: SELF

### GUARANTOR EMPLOYER            OCCURRENCE CODES      CONDITION CODES

NONE                                11  05/14/17
NONE
NONE,NV 89109
(702)999-9999

### INSURANCE INFORMATION

PRIMARY: MEDNVPA - 06235        SECONDARY: CHAX050 - 09950      TERTIARY: UNINSURED - 09940
MEDICAID PENDING                CHARITY PENDING                 UNINSURED DISCOUNT PLAN
.                                                               .

., NV .                         ., NV .                         ., NV .
POLICY #:777777777              POLICY #:777777777              POLICY #:777777777
COVERAGE #:                     COVERAGE #:                     COVERAGE #:
INS PHONE #:.                   INS PHONE #:.                   INS PHONE #:.
GRP #:                          GRP#:                           GRP#:
AUTH #:                         AUTH #:                         AUTH #:
AUTH DT:     VER DT:            AUTH DT:     VER DT:            AUTH DT:     VER DT:
SUB: FARMER,TASHI SEBASTIAN     SUB: FARMER,TASHI SEBASTIAN     SUB: FARMER,TASHI SEBASTIAN
RELAT: SA   DOB: 12/16/1976     RELAT: SA   DOB: 12/16/1976     RELAT: SA   DOB: 12/16/1976

### PHYSICIAN INFORMATION/DOCUMENTATION

ADM:                            PCP:.NO PCP         NO PRIMARY OR FAMILY PHYSICIAN
HCS:                            HCS:7943
ATT:                            REF:.SELF           SELF REFERRED
HCS:                            HCS:9715
ER: FLOPA       Flores,Patrick H DO, 5759
REASON FOR VISIT/CHIEF COMPL:CARDIAC ARREST

COMMENTS:                                                        ADVANCE DIRECTIVE:Y
PRT BY:DHISMAC     ON:05/14/17 1723         DISCH DATE:      TIME:      DISPO:

LVMPD 3264

```
RUN DATE: 05/19/17                    Sunrise Hospital  Abstracting *LIVE*                          PAGE 1
RUN TIME: 0321                               CODING SUMMARY
RUN USER: HPF.FEED

  NAME:  FARMER,TASHI SEBASTIAN             ACCT#:      D00115967880
                                            FORM:
    ADM DATE:  05/14/17  0122
  ATTEND PHYS: Flores,Patrick H  DO         UNIT#:      D002425051
   DIS DT/TM: 05/14/17  0203                SEX:        M
   DIS DISP: EXPIRED (20)                   AGE:        40
        LOS:  :           1                 DOB:        12/16/76
   PT CLASS: ER.OTH                         FIN CLASS:  99
                                            ABS STATUS: FINAL


  DIAGNOSES                                                              POA INDICATOR  CODESET

    REASON FOR VISIT DX
             I46.9        CARDIAC ARREST, CAUSE UNSPECIFIED                              ICD10

  PRIMARY CODESET
    PRINC DX    I46.9       CARDIAC ARREST, CAUSE UNSPECIFIED                            ICD10
    OTHER DX    J96.90      RESPIRATORY FAILURE, UNSP, UNSP W HYPOXIA OR HYPERCAPNIA     ICD10

    OTHER CODESET
    PRINC DX
    OTHER DX

  PROCEDURE
  PRIMARY CODESET
  DATE        PROC CODE & NAME                       SURGEON        ANESTHESIOLOGIST
  OTHER CODESET

  CPT

  05/14/17     92950    HEART/LUNG RESUSCITATION CPR
                            SURG:  FLOPA      Flores,Patrick H  DO
                            APC:  5722

  05/14/17     31500    INSERT EMERGENCY AIRWAY
                            SURG:  FLOPA      Flores,Patrick H  DO
                            APC:  5161


   PRIMARY CODESET
  DRG I-10
   OTHER CODESET
  DRG I-9


    STATUS     $REIMB   MIN-LOS   STD-LOS     COST WT    GRP VERS   GRP FC
                                                            34         99
```

LVMPD 3265

RUN DATE: 05/19/17                     Sunrise Hospital  Abstracting *LIVE*                          PAGE 2
RUN TIME: 0321                               CODING SUMMARY
RUN USER: HPF.FEED

  NAME:  FARMER,TASHI SEBASTIAN              ACCT#:       D00115967880
                                            FORM:
    ADM DATE:  05/14/17  0122
  ATTEND PHYS:  Flores,Patrick H  DO        UNIT#:       D002425051
    DIS DT/TM:  05/14/17  0203              SEX:         M
    DIS DISP:  EXPIRED (20)                 AGE:         40
        LOS:   :            1               DOB:         12/16/76
    PT CLASS:  ER.OTH                       FIN CLASS:   99
                                            ABS STATUS:  FINAL


DRG STATUS DATE:                           ABS STATUS DATE: 05/18/17
CCDER: 1FSBSI7749                          ABSTRACTOR: 1FSBSI7749


     **This form will be maintained as a permanent part of the medical record**

**Patient:FARMER, TASHI SEBASTIAN     MRN:D002425051   Encounter:D00115967880     Page 2 of 2**

LVMPD 3266

## EXPIRED PATIENTS

Order of duties upon patient expiration

```
FARMER,TASHI SEBASTIAN
D00115967880   PRE ER
05/14/17 0122
DOB:12/16/76  40      M  XRE D002425051
Las Vegas  NV   Sunrise Hospital and Med C
```

| DATE OF DEATH ... | 3/14/17 | |
|---|---|---|
| TIME OF DEATH ... | 0134 Hours | |
| Height: 6' | Weight: 195lb | |

MD: Flores          ED ROOM # 50

1. **House Supervisor:** 18075
   Time: 0144 Hours -- Notified House Supervisor ...   Name: Cindy

2. **Coroner** 702.455.3210
   Time: 0145 Hours   Name: Michelle
   Case: NO / YES   Case #: 17-5889
   Notes: _____   ☐ Mortuary @ _____

3. **DORS / NV Donor:** 855.683.6667 (1) (2)
   Time: 0154 Hours   Name: Kimberly
   Case: NO / YES   Referral #: __ **2017**- 04026
   ☐Ok to Release @ Time:_____ Hours
   Notes: _____   ☐ Mortuary @ _____

4. **TIPS:** 702.425.2277 - **ONLY if needed** for family assistance
   Time: _____ Hours   Name: _____

5. **Mortuary** for body pickup
   by Coroner? Time: 0358 Hours   Company: Davis          Phone# _____
   Time: 0358 Hours   Actual Time of body pickup

6. **House Supervisor:** 18075
   Time: 0400 Hours -- Faxed copy of Release to House Supervisor @ **15806**

*Quiet Room phone number is 10296*

LVMPD 3267

```
SUNRISE HOSPITAL AND MEDICAL CENTER (COCSZ)
EMERGENCY PROVIDER REPORT
REPORT#:0514-0055  REPORT STATUS: Signed
DATE:05/14/17 TIME: 0124

PATIENT: FARMER,TASHI SEBASTIAN      UNIT #: D002425051
ACCOUNT#: D00115967880               ROOM/BED:
DOB: 12/16/76  AGE: 40      SEX: M   PCP PHYS: NO PRIMARY OR
FAMILY PHYSICIAN
SERVICE DT: 05/14/17                 AUTHOR: Flores,Patrick H
DO
REP SRV DT: 05/14/17            REP SRV TM: 0124
* ALL edits or amendments must be made on the electronic/computer
document *
```

## HPI-Cardiac Arrest

### General
**Confirmed Patient** Yes
**Patient Type** Arrived by EMS
**Initial Greet Date/Time** 05/14/17 0123
**PCP**
None reported.

### Presentation
**Chief Complaint** Cardiac arrest.
**Total Time Arrest to Arrival** CPR started at 0105.
**Hx Obtained From** Paramedic
**Unable to Obtain Hx** Patient condition
**Onset Occurred** Today

### Free Text HPI Notes
**Free Text HPI Notes**
Pt presents to ED via EMS in cardiac arrest. Pt was combative with Metro and tazed, pt
continued to be combative. Pt then lost consciousness. CPR started at 0105 by Metro.

Portions of this section were transcribed by MARTIN,CASSANDRA on 05/14/17 at 0207

## Review of Systems

### ROS Statements
**Unable to Obtain ROS** Patient condition

Portions of this section were transcribed by MARTIN,CASSANDRA on 05/14/17 at 0139

### Past Medical History - Adult
)( **Review of Nursing Notes** reviewed
**Unobtainable due to:** Patient condition

```
Patient: FARMER,TASHI SEBASTIAN
Unit#:D002425051
Date: 05/14/17
Acct#:D00115967880
```

Portions of this section were transcribed by MARTIN,CASSANDRA on 05/14/17 at 0139

## Physical Exam

### Vital Signs
**Review of Vital Signs** Reviewed

### Focused PE
**General/Const    \*\***
  **General/Const** Pt unresponsive
**Head/Eyes**
  **Head/Eyes** Abrasion to bridge of nose. Ecchymosis and swelling to R temple area. , Pupils fixed and dilated.
**Resp/Chest    \*\***
  **Respiratory/Chest** No breath sounds spontaneously. pt intubated here by me with 7.5 ETT, bilateral BS while bagging good color change, Intubated by EMS. I-gel.
**Cardiovascular    \*\***
  **Cardiovascular** No heart sounds.
**Abdomen/GI    \*\***
  **Abdomen/GI** Atraumatic
**Upper Extremities**
  **Upper Extremity/MS** No swelling
**Lower Extremities**
  **Lower Ext/Pelvis/MS** No swelling
**Neurologic**
  **Neurologic** Pt unresponsive.

Portions of this section were transcribed by MARTIN,CASSANDRA on 05/14/17 at 0207

## Procedures

### Intubation #1
**Time** 0125
**Procedure Performed by** ED physician
**Consent/Setup/Site Prep** No consent - emergent
**Patient Position** Sniff position
**Blade/ET Tube/Route** ET tube cuffed (7.5), Route: oral
**ET Confirmation** Direct visualization, BS equal, End tidal CO2 device
**Secured/Marked** Tube marked at lip (26)
**Number of Attempts** 1
**Complications** None

LVMPD 3269

```
Patient: FARMER,TASHI SEBASTIAN
Unit#:D002425051
Date: 05/14/17
Acct#:D00115967880
```

Portions of this section were transcribed by MARTIN,CASSANDRA on 05/14/17 at 0207

### Re-Evaluation & MDM

### Free Text MDM Notes
**Free Text MDM Notes**
pt comes in via ems for cardiac arrest. per ems pt was tazed by metro and continued to be combative and was subdued by metro. pt then found to unresponsive and pulseless. CPR initiated. per ems on arrival pt was in asystole, then was in PEA. continued ACLS protocols here in the ER. after several rounds of ACLS we were unable to revive pt.

### Re-Evaluation/Progress #1
**Time of Re-Eval** 0123
**Re-Eval Status** Epi given. Atropine and Bicarb given. , Following ACLS protocol and see RN code sheet for details.

### Re-Evaluation/Progress #2
**Time of Eval** 0126
**Re-Eval Status** Pulse check. No pulse. Chest compressions resumed.

### Re-Evaluation/Progress #3
**Time of Eval** 0130
**Re-Eval Status** Pulse check. No pulse. Resumed compressions.

### Re-Evaluation/Progress #4 +
**Addl Re-Evaluation/Progress 1**
 **Time of Eval** 0132
 **Re-Eval Status** Shocked at 200v. Pulse check. No pulse. Resumed compressions.
**Addl Re-Evaluation/Progress 2**
 **Time of Eval** 1033
 **Re-Eval Status** Amnio given.
**Addl Re-Evaluation/Progress 3**
 **Time of Eval** 0135
 **Re-Eval Status** Pulse check. No pulse. Asystole. Resumed compressions.
**Addl Re-Evaluation/Progress 4**
 **Time of Eval** 0139
 **Re-Eval Status** Pulse check. No pulse. Asystole. TOD called 0139.

Portions of this section were transcribed by MARTIN,CASSANDRA on 05/14/17 at 0156

LVMPD 3270

```
Patient: FARMER,TASHI SEBASTIAN
Unit#:D002425051
Date: 05/14/17
Acct#:D00115967880
```

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
All vital signs available at the time of this entry have been reviewed.

**Condition** Deceased

### Clinical Impression
**Clinical Impression**
**Primary Impression:** Cardiac arrest
**Secondary Impressions:** Respiratory failure

### Disposition Decision
**Other**
   **)( Time** 0139
   **)( Date** 05/14/17
   **Deceased** Yes

### Critical Care
**Time Spent** Excl. billable procedures, 45 minutes
**Services Performed** Patient management by me, Time spent at bedside, Discussing patient care, Documentation in record

### Supervising Physician Note
**Scribe Statement**
MARTIN,CASSANDRA, 05/14/17 0150, scribing for and in the presence of [Dr. Patrick Flores, DO].
Signed By: MARTIN,CASSANDRA, 05/14/17 0150

**Physician Scribed Statement**
I personally performed the services described in this documentation and reviewed the documentation that was dictated to the scribe(s) in my presence, and it accurately records my words and actions. Flores,Patrick H, 05/14/17

Portions of this section were transcribed by MARTIN,CASSANDRA on 05/14/17 at 0207

Electronically Signed by Flores,Patrick H  DO on 05/15/17 at 0657

```
Page 4 of 5
```

LVMPD 3271

Patient: FARMER,TASHI SEBASTIAN
Unit#:D002425051
Date: 05/14/17
Acct#:D00115967880

RPT #: 0514-0055
***END OF REPORT***

Page 5 of 5

LVMPD 3272

RUN DATE: 05/16/17
RUN TIME: 0151
RUN USR: HF.FEED

Sunrise Hospital          EDM *LIVE*
ED DISCHARGE SUMMARY

PAGE 1

Patient: FARMER,TASHI SEBASTIAN
EDM Provider: Flores,Patrick H  00; 2hcadvcWod

Age/Sex: 40/M

Acct No: D00116967880
Unit No: D002425051

---

**REGISTRATION DATA**

ED Physician: Flores,Patrick H  00, 2hcadctive
Practitioner: LAVINE,ANNA G., 2hcadvcWod
Nurse:

Arrival Date/Time: 05/14/17 - 0122
Triage Date/Time: 05/14/17 - 0122
Date of Birth: 12/16/1976

Stated Complaint: CARDIAC ARREST
Chief Complaint: Cardiac Related
Status Event History:
    05/14/17  0122  Reception
              0122  Registration
              0147  Triaged
              0203  DSP-Expired
              0335  OFF

Priority: 1

MODE OF ARRIVAL

AMBULANCE

Cardiovascular WDF? No
Respiratory WDF? No
OB/GYN History:  (if noted below)
See next page
Smoking status for patients 13 years old or older: Unknown,if ever smoked
See next page
Flowsheet: Yes
ESP?
Last page
Is patient present and able to complete the screening for infection: No
Point of entry screening status:
Unable to assess
===SEPSIS SEPSIS SCREENUM===
Temperature: No
WBC results:

N

Heart rate: No
Band results:

N

Respirations: No
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 0
===INFECTION===
===NEW ORGAN DYSFUNCTION within past 48 hours===

Disposition DC,TX,ADM,LPT (ED)

| Occurred | | Recorded | | |
|---|---|---|---|---|
| Date | Time User | Date | Time User | |
| 05/15/17 1218 | BROMLEY,CHERYL SUE, CLMG | 05/15/17 1218 | BROMLEY,CHERYL SUE, CLMG | |

Patient Disposition: Discharge
Disposition Category: Expired
ED plan of care
Chief Complaint: Cardiac Related
Question below will only be answered if patient is LMSE:
Last page
Arrival Date: 05/14/17
Arrival Time: 0122
Triage Date: 05/14/17
Triage Time: 0122
Triage Level: ESI1/Resuscitation
Placed in Bed Date: 05/14/17
Placed in Bed Time: 0123
MD/DO/PA/NP Initiates Contact/Greets Patient: Date: 05/14/17
MD/DO/PA/NP Initiates Contact/Greets Patient; Time: 0123
MD/DO/PA/NP Makes Decision to Disposition Date: 05/14/17
MD/DO/PA/NP Makes Decision to Disposition Time: 0139
Date Patient Physically Leaves ED: 05/14/17
ESP?  B
Time Patient Physically Leaves ED: 0203
Elapsed Time from Disposition to Depart:
028
For lookup by name, enter MWame then press <Lookup>
Patient Left
Arrived By: ANB

---

**CLINICAL DATA**

05/15/17 1218 BROMLEY,CHERYL SUE, CLMG
Arrival Date: 05/14/17
Arrival Time: 0122
Placed in Bed Date: 05/14/17
Placed in Bed Time: 0123
MD/DO/PA/NP Initiates Contact/Greets Patient Date: 05/14/17
MD/DO/PA/NP Initiates Contact/Greets Patient Time: 0123
MD/DO/PA/NP Makes Decision to Disposition Date: 05/14/17
MD/DO/PA/NP Makes Decision to Disposition Time: 0139
Triage Date: 05/14/17
Triage Time: 0122
Triage Level: ESI1/Resuscitation
Date Patient Physically Leaves ED: 05/14/17
Time Patient Physically Leaves ED: 0203
Elapsed Time from Disposition to Depart:
028
Disposition Category: Expired

---

Rapid Initial Assessment (ED)

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 05/14/17 0122 | PASCUAL,ANNABELLE S., RN | 05/14/17 0147 | PASCUAL,ANNABELLE S., RN |

First. Point. of Contact: Yes
Enter/Edit Allergies? Yes
Arrived By: ANB
BMS service: Medic West
Subjective Assessment:
PT BIBA #751 S/P CARDIAC ARREST. PT HAD ALTERCATION WITH
COPS TAZED AND SUBDUED.
Objective Assessment:
SEE CODE SHEET
See next page
Neuro WDF? No

---

LVMPD 3273

RUN DATE: 05/16/17
RUN TIME: 0151
RUN USER: HPF.FEED

Sunrise Hospital      EDN *LIVE*
ED DISCHARGE SUMMARY

PAGE 2

Acct #: D00115967880
Unit #: D002425061

Patient: FARMER, TASHI SEBASTIAN
EDM Provider: Flores, Patrick H DO, 2NobActive

Age/Sex: 40/M

See next page
See next page
See next page
<NEXT PAGE>

Occurred
Date:                    Recorded
05/14/17 0009 ELLIOTT,BRITTANY MAR, RN          Date:       Time: User:
SOCIAL WORKER CONTACTED TO ASSIST WITH LOCATING    05/14/17 0212 ELLIOTT,BRITTANY MAR, RN
INFORMATION OTHER THAN PT'S NAME/DOB/LICENSE    NEXT OF KIN, PER METRO, NO
NAME.                                            ROOM AT THIS TIME. POSS: SKIP

Primary Impression: Cardiac arrest              Departure Date/Time: 05/14/17 - 0203
Disposition: EXPIRED (20)
Condition: Expired

Referrals:

Pt Instructions:

Departure Forms:

**** ASSESSMENT PARAMETERS ****

These are the definitions of the Within Defined Parameters by Body System

NEUROLOGICAL
- Alert & Oriented X 4
- Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

RESPIRATORY
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip
- Respirations even & unlabored
- Skin pink & warm to touch

CIRCULATORY

EENT
- Eyes - Clear, no tearing or redness
- Ears - No complaint of hearing difficulty,
         loss of hearing, or change in
         hearing, pink free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness,
           no cough

CARDIAC
- No stated calf tenderness
- No history of pacemaker or implanted
  defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis,
  mottling, diaphoresis or flushing of skin

MUSCULOSKELETAL

- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

GASTROINTESTINAL
- Denies GI complaints

INTEGUMENTARY
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds,
  bruises, petechiae or abrasions

NUTRITIONAL
- No swallowing/chewing impairments
- No nausea and/or vomiting and/or
  diarrhea for 3 or more days
- No reported unintentional weight loss
  > 10 lbs in last 3 months
- No reported decrease in intake > 50%
  of usual in last two weeks

- Moves all extremities
- Ambulates independently

GENITO-URINARY
- Denies GU complaints

PSYCHOSOCIAL
- With regards to cultural influences:
  mood/affect is appropriate
- Patient demonstrates effective coping
  skills/patterns for situation

These are the definitions of Within Defined Parameters for the Nutritional and Functional
Screenings:

FUNCTIONAL
- No unexplained alteration in
  movement/mobility in last four weeks
- No recent limitation performance of ADLs
- No recent alteration in ADLs that require
  assistance

This is the definition of the evidence of Physical and/or Psychological Abuse question:

ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect,
withdrawn/fearful behavior, Unexplained or suspicious bruises/wounds, Patient/Caregiver
story changes, Defensive about injuries, Undernourished despite good appetite,
Recurrent/suspicious injuries, fear of return to previous arrangements, Injuries do not
match event history.

*** PATIENT SAFETY PARAMETERS ***
** Allergy and Patient Identification Bands in Place and Validated
** If in a Bed, Side Rails Up and Bed in Low Position With Wheels Locked
** If in a Wheelchair, Wheels Locked
** Call Light Function Explained and Within Reach
** Standard Precautions Observed

LVMPD 3274

## EMERGENCY MEDICAL SERVICES (EMS) PRE-NOTIFICATION RECORD

Date: _5/14/17_

Time: _0116_

ETA: _5 mins._

Age: _30_   Gender: M ☒   F ☐

| | LVFD | ☐ | Ground | ☒ |
| | HFD | ☐ | | |
| | CCFD | ☐ | Air | ☐ |
| | AMR | ☐ | | |
| | Medic West | ☒ | Unit # _741_ |
| | Care Flight | ☐ | | |
| | Other | | | |

Complaint: _cardiac arrest_   _X1 epi._

_LMA_

VS:   BP _____ / unobtainable      HR _____ / unobtainable

RR _____      SAT _____

_ACLS ongo_

Rating:   Stable _____   Unstable _____

Conscious _____   Unconscious _____   GCS _____   _down time._

Airway (circle one)   Unassisted   Assisted   Intubated   Unable to Intubate

Medical:   Onset Symptoms: _____

Field Treatments:   IV _____   O2 _____   C-Collar   Backboard

Meds: _____   Other treatments: _____

Comments: _____

_____

_____

Signature: _____

| ☐ Trauma Patient | ☐ Stemi Patient | ☐ Code White |
| Class:  1  2  3   Transfer-In | Yes: _____  No: _____ | Symptoms Onset Time: _____ |
| Time Activated: _____ | Cardiologist _____ | Time Initiated: _____ |

### PART OF THE PERMANENT MEDICAL RECORD

**SUNRISE** HOSPITAL & MEDICAL CENTER   **SUNRISE** CHILDREN'S HOSPITAL

### EMS PRE-NOTIFICATION RECORD

(Rev. 03/15) Page 1 of 1

FARMER, TASHI SEBASTIAN
D00115967880   PRE ER
05/14/17 0122
DOB:12/16/76  40      M  MR# D002425051
Las Vegas, Nv  Sunrise Hospital and Med C

LVMPD 3275

Date/Time Event Recognized: 5/14/17  0122  Location: 54 50    Witnessed: ☑ Yes  ☐ No

Age: 40    Weight: 180 lbs   Height: 5'8    Hospital-wide response activated: ☑ Yes  ☐ No

Illness Category: ☑ Medical Cardiac  ☐ Medical Noncardiac    ☐ Obstetric
☐ Surgical Cardiac  ☐ Surgical Noncardiac    ☐ Trauma  ☐ Other

Conscious at Onset? ☐ Yes  ☑ No    Monitoring at Onset: ☑ ECG  ☑ Pulse Oximeter  ☐ Apnea

Prior MEWS score(s) / Time:  1)_____  2)_____  3)_____

**Airway / Ventilation**
Breathing: ☐ Spontaneous ☐ Apneic ☐ Agonal ☑ Assisted
Time of First Assisted Ventilation: _____
Ventilation: ☐ Bag-Valve-Mask  ☑ Endotracheal Tube
☐ Tracheostomy  ☐ Other: _____
FIO2: _____  Mode: _____
Intubation: Time: 7:34 ET 1/4  Size: 7.5  24/0/16
By Whom: FARMER
Confirmation: ☐ PETCO2 ☑ Auscultation ☑ ETCO2

**Circulation**
1st Rhythm Requiring Compressions: PEA
1st PULSELESS Rhythm: _____  0123 asystole
Compressions: ☐ None  ☑ Manual
PETCO2: _____
Time Chest Compressions Started: 0122
AED Applied: ☐ Yes  ☐ No  → Time: _____
Pacemaker On: ☐ Yes ☑ No  Rate: _____  Type: _____

Time Resuscitation Event Ended: 0134
Terminated by: Dr. Flores
**Reason Resuscitation Ended:**
☐ Survived - Return of Spontaneous Circulation (ROSC) >20 min
☐ Consider HACA
☑ Died - Efforts Terminated (No Sustained ROSC)
☐ Died - Medical Futility
☐ Died - Advance Directives
☐ Died - Restrictions by Family / Name: _____

| Time | Biphasic | Spontaneous Pulse | BP | Rhythm | Defibrillator AED / Manual | Joules "J", or "D" | Amiodarone Date: IV / ET | Atropine Dose: IV / ET or IO | Epinephrine Dose: IV / ET or IO | Lidocaine Dose: IV / ET or IO | Vasopressin Dose: IV / ET or IO | Infusions | Dopamine | Concentrate ml/hr | Epinephrine | Norepinephrine | Comments: i.e.: Peripheral/Central Line Placement, IO, Chest tube, Vital Signs, Response to Interventions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0122 | | Assist Ach | | PEA | | | | | | | | | | | | | Pulse/CPR aith |
| 0124 | | | | PEA | | | | ✓ | ✓ | | | | | | | | Pulse CPR |
| 0125 | | | | PEA | | | | | ✓ | | | Bicarb | | | | | Pulse CPR |
| 0126 | | | | PEA | | | | | ✓ | | | | | | | | Pulse CPR |
| 0127 | | | | PEA | | | | | ✓ | | | | | | | | Pulse CPR |
| 0128 | | | | PEA | | | | | | | | | | | | | |
| 0130 | | | | PEA | | | | ✓ | ✓ | | | ✓ | | | | | Pulse CPR |
| 0131 | | | | | | | | | | | | | | | | | |
| 0132 | | | | asystole | | 200 J | | | ✓ | | | | | | | | Pulse CPR |
| 0133 | | | | asystole | | | | | | | | Bicarb | | | | | Pulse CPR |
| 0134 | | | | asystole | | | ✓ | | ✓ | | | ✓ | | | | | Pulse CPR |
| 0135 | | | | | | | | | | | | | | | | | |

Recorder Printed Name: Annabelle Castaneda  Respiratory Printed Name: Bello, Daniel Tulry
Page 1 of 2   ICU/Code Team Nurse Printed Name: _____

Provider Printed Name: ___ Flores MD
Provider Signature: _____

Acc
DOB
Attend
Admit/Serv

FARMER, TASHI SEBASTIAN
D00115967880    PRE ER
05/14/17 0122
D00-12/16/676  40
Sunrise Hospital ADLT Med C

**SUNRISE HOSPITAL & MEDICAL CENTER | SUNRISE CHILDREN'S HOSPITAL**

**ADULT CODE BLUE RECORD**

Adapted and used with permission from American Heart Association's Get with the Guidelines-Resuscitation

v2 Rev. 09/16

Date/Time Event Recognized: 5/14/17   0122   Location: 54 SD   Witnessed: ☒Yes  ☐No

Age: 40   Weight: 180 lbs   Height: 5'8   Hospital-wide response activated: ☐Yes  ☐No

Illness Category: ☒Medical Cardiac  ☐Medical Noncardiac  ☐Obstetric
☐Surgical Cardiac  ☐Surgical Noncardiac  ☐Trauma  ☐Other:

Conscious at Onset? ☐Yes  ☒No   Monitoring at Onset: ☒ECG  ☒Pulse Oximeter  ☐Apnea

Prior MEWS score(s) / Time:  1)___  2)___  3)___

**Airway / Ventilation**
Breathing: ☐Spontaneous ☐Apneic ☐Agonal ☒Assisted
Time of First Assisted Ventilation: ___0124___
Ventilation: ☐Bag-Valve-Mask ☒Endotracheal Tube
☐Tracheostomy  ☐Other: ___
FIO2: ___   Mode: ___
Intubation: Time: 0124   Size: 9.5 Aa 0116
By Whom: 7405
Confirmation: ☐PETCO2  ☒Auscultation ☒ETCO2

**Circulation**
1st Rhythm Requiring Compressions: PEA
1st PULSELESS Rhythm: 0135 ASYSTOLE
Compressions: ☐None ☒Manual   ___0122___
PETCO2: ___
Time Chest Compressions Started: ☐Yes ☐No → Time: ___
AED Applied: ☐Yes ☒No  Rate: ___
Pacemaker On: ☐Yes ☒No  Type: ___

Time Resuscitation Event Ended: ___0139___
Terminated by: Dr. Flores
Reason Resuscitation Ended:
☐Survived - Return of Spontaneous Circulation (ROSC) >20 min
☐Consider HACA
☒Died - Efforts Terminated (No Sustained ROSC)
☐Died - Medical Futility
☐Died - Advance Directives
☐Died - Restrictions by Family / Name: ___

| Time | Breathing Spontaneous | Pulse Spontaneous | BP | Rhythm | Defibrillator Joules 'J' or 'D' Type: AED/Manual | Bolus | Amiodarone 0.10 or 0.10 | Atropine Dose: IV/ET or 0.10 | Epinephrine Dose: IV/ET or 0.10 | Lidocaine Dose: IV/ET or 0.10 | Vasopressin Dose: IV/ET or 0.10 | Infusions | Dopamine | Epinephrine | Norepinephrine | Comments: i.e. : Peripheral/Central Line Placement, I/O, Chest Tube, Vital Signs, Response to Interventions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0130 | 458ml | 45ml | 138/85 | V-fib/V-tach |  |  |  |  |  |  |  |  |  |  |  | Sunrise |
| 0134 |  |  |  | asystole |  |  | ✓ |  | ✓ | Picu |  |  |  |  |  | Intubated |
| 0139 |  |  |  | asystole |  |  |  |  | ✓ | ✓ |  |  |  |  |  | Dr. Dr. Flores |

Recorder Printed Name: Anaclde Pasqual  RN
ICU/Code Team Nurse Printed Name: ___
Respiratory Printed Name: Britthanni Tilley
Provider Printed Name: Patrick Flores MD   Copies to: ___
Provider Signature: ___   Fax to: ___

Page 2 of 2

SUNRISE | SUNRISE
HOSPITAL & MEDICAL CENTER | CHILDREN'S HOSPITAL

**ADULT CODE BLUE RECORD**

Adapted and used with permission from: American Heart Association's Get with the Guidelines-Resuscitation

Acc
DOB
Attend
Admit/Serv

FARMER, TASHI SEBASTIAN
D00115967880  PRE_ER
05/14/17  0122
DOB 12/16/76  40   M  MR# D002425051
Las Vegas, NV   Sunrise Hospital and Med C

V2 Rev. 09/16

Page 1 of 10



**CLARK MEDIC WEST (NV)**
**PATIENT CARE REPORT**

FARMER, TASHI
DOB: 12/16/1976 (40)
SEX: MALE
CASE #: 170125183
DOS: 05/14/2017

| SERVICE MODEL AGENCY MWA | DISPATCH INFORMATION | TIMES | |
|---|---|---|---|
| **FROM:**<br>3355 S LAS VEGAS BLVD<br>LAS VEGAS, NV 89109<br>(CASINO)<br>**TO:**<br>SUNRISE HOSP MED CNTR<br>3186 SOUTH MARYLAND PARKWAY<br>LAS VEGAS, NV 89109<br>(HOSPITAL - ED)<br>ROOM/DEPT: HOSPITAL-EMERGENCY<br>DEPARTMENT<br>**DESTINATION DECISION:**<br>CLOSEST/MOST APPROPRIATE | **CALLER:** CAD2CAD<br>**COUNTY RUN NUMBER:** 05142017-7144599<br>**UNIT:** M791<br>**RESPONSE MODE:** LIGHTS AND SIREN<br>**TRANSPORT MODE:** LIGHTS AND SIREN<br>**ALS ASSESSMENT:** MWA PARAMEDIC<br>**DISPOSITION:**<br>TRANSPORTED - TO HOSPITAL ER/ED<br>**RESPONDER(S) ON SCENE:**<br>CLARK COUNTY FIRE DEPARTMENT<br>LVMPD<br>**NATURE OF CALL:**<br>9D-CARDIAC/RESPIRATORY ARREST | **CALL RECEIVED:**<br>**DISPATCHED:**<br>**ENROUTE:**<br>**AT SCENE:**<br>**AT PT SIDE:**<br>**TRANSPORT:**<br>**ARRIVAL:**<br>**CARE TRANS'D:**<br>**AVAILABLE:**<br><br>**SCENE MILES:**<br>**DESTINATION MILES:**<br>**TOTAL MILES:** | 01:00:42<br>01:01:28<br>01:01:31<br>01:07:20<br>01:08:00<br>01:15:06<br>01:21:24<br>01:24:00<br>02:00:00<br><br>0.0<br>3.2<br>3.2 |

**PATIENT DEMOGRAPHICS**

NAME: FARMER, TASHI
ADDRESS: 1912 EMBREY AVE
CITY, STATE ZIP: LAS VEGAS, NV 89106
PHONE:
CELL PHONE:
SSN:

DOB: 12/16/1976
AGE: 40
GENDER: MALE
ETHNICITY: BLACK/AFRICAN AMERICAN

INSURANCE: NO INSURANCE AVAILABLE    POLICY:    GROUP:

RESPONSIBLE PARTY: FARMER, TASHI
PHONE:

**NARRATIVE**

**NARRATIVE**
MEDIC 791 ARRIVED AT SCENE TO FIND CCFD PERFORMING CPR AND A METRO OFFICER DOING CHEST COMPRESSIONS. PER METRO THE PT WAS TAZED AND WAS BEING RESTRAINED WHEN HE WENT IN TO CARDIAC ARREST. METRO OFFICERS STARTED CPR PRIOR TO CCFD OR MEDIC 791 ARRIVAL. CCFD ADVISED THAT THE PT WAS IN ASYSTOLE WHEN THEY ARRIVED CCFD STARTED A IV AND M791 ADMISTURED 1MG OF EPI. PT WAS THEN NOTED TO BE IN PEA. AND IGEL WAS PLACED BY CCFD PT WAS THEN LOADED ON TO THE GURNEY AND LOADED IN TO THE LSU AND CODE THREE TRANSPORT WAS STARTED TO SUNRISE HOSPITAL. BETWEEN LOADING THE PT AND TRANSPORTING THE IV GOT PULLED OUT ANOTHER IV WAS STARTED ABOVE THE OLD SITE AND 1MG OF EPI WAS ADMISTURED. PT REMAINED IN PEA THREW OUT TRANSPORT NO SHOCKS WERE DELIVERED. PT'S PHYSICAL EXAM WAS UNREMARKABLE PT WAS TRANSPORTED TO THE HOSPITAL WITH OUT INCIDENT.

**IMPRESSION**

PRIMARY IMPRESSION: CARDIAC - CARDIAC ARREST
SECONDARY IMPRESSION: RESPIRATORY - RESPIRATORY ARREST

LVMPD 3278

FARMER, TASHI
DOB: 12/16/1976 (40)
SEX: MALE
CASE #: 170125183
DOS: 05/14/2017

## HISTORY OF PRESENT ILLNESS

CHIEF COMPLAINT(S):

CHIEF COMPLAINT CATEGORY: CARDIAC ARREST

## MEDICAL HISTORY

HISTORY OBTAINED FROM: NOT OBTAINED
MEDICAL HISTORY: UNKNOWN
ALLERGIES: NOT KNOWN

## VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE | RESP | GLASGOW COMA SCALE | | | | EKG | SPO2 | BLOOD GLUCOSE | PAIN SCALE |
|------|----------------|-------|------|---|---|---|-------|-----|------|---------------|------------|
| | | | | E | V | M | TOTAL | | | | |
| PTA | | | | | | | | PULSELESS ELECTRICAL ACTIVITY | | | |
| 01:08 | NT | 0 | 0 | 1 | 1 | 1 | 3 | | | | |
| 01:16 | NT | 0 | 0 | 1 | 1 | 1 | 3 | | | | |

## PHYSICAL FINDINGS

WEIGHT: 90.7 KG; 200 LBS

PHYSICAL ASSESSMENT

HEAD: SYMMETRICAL
NECK: NO JVD
CHEST: SYMMETRIC WITH BILATERAL CHEST RISE
ABDOMEN: SOFT, NON-TENDER
PELVIS: STABLE
BACK: SYMMETRIC
EXTREMITIES: FULLY INTACT, PURPOSEFUL MOVEMENT

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|-----|------|-----------|-----------|
| X | | LVMPD | CHEST COMPRESSION - INDICATION: CARDIAC ARREST; TYPE: MANUAL; RESULT AFTER: UNCHANGED |
| X | | CLARK COUNTY FIRE DEPARTMENT | EKG/ECG - INDICATION: CARDIAC ARREST; TYPE: PATCHES/PADDLES; CLINICIAN INTERPRETATION: PULSELESS ELECTRICAL ACTIVITY; EKG TRANSMITTED: NO |
| | 01:08:00 | SHEPHERD, JOHN,MWA | VITAL SIGNS - |

https://medsviewer.amr.net/                                                5/16/2017

FARMER, TASHI
DOB: 12/16/1976 (40)
SEX: MALE
CASE #: 170125183
DOS: 05/14/2017

| PTA | TIME | CAREGIVER | PROCEDURE |
|---|---|---|---|
| | | | GLASGOW COMA SCALE - GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3; GCS SCORE QUALIFIER: NO QUALIFIER |
| | | | VITALS - BLOOD PRESSURE NOT TAKEN; PULSE: 0; PULSELESS; PULSE REGULARITY: ABSENT; PULSE STRENGTH: ABSENT; PULSE TAKEN AT: CAROTID; RESPIRATORY RATE: 0; RESPIRATORY DEPTH: ABSENT; RESPIRATORY EFFORT: ABSENT |
| | 01:09:00 | CLARK COUNTY FIRE DEPARTMENT | VASCULAR ACCESS - TYPE: PERIPHERAL IV; SITE: ANTECUBITAL-LEFT; GAUGE: 18; ATTEMPTS: 1; RESULT AFTER: UNCHANGED; PROCEDURE WAS: SUCCESSFUL; TOTAL VOLUME INFUSED (ML): 400.0 |
| | 01:09:00 | CLARK COUNTY FIRE DEPARTMENT | INTUBATION - INDICATION: CARDIAC ARREST; TYPE: I-GEL AIRWAY; TUBE SIZE: SIZE4; # OF ATTEMPTS: 2; TUBE CONFIRMATION STEPS: AUSCULTATION OF BILATERAL BREATH SOUNDS,ETCO2 WAVEFORM DETECTOR,DIGITAL ETCO2 NUMERIC,NEGATIVE EPIGASTRIC SOUNDS; RESULT AFTER: UNCHANGED; PROCEDURE WAS: SUCCESSFUL |
| | 01:10:00 | SHEPHERD, JOHN,MWA | MEDICATION ADMINISTRATION - EPINEPHRINE (1:10,000) 0.1MG/ML SYRINGE - 1 MG INTRAVENOUS; RESULT AFTER: UNCHANGED |
| | 01:11:00 | CLARK COUNTY FIRE DEPARTMENT | CAPNOMETRY/CAPNOGRAPHY - CO2 VALUE: 40; WAVEFORM RESULT: NORMAL |
| | 01:16:00 | CLARK COUNTY FIRE DEPARTMENT | INTUBATION REASSESSMENT - CONFIRMATION STEPS: ETCO2 WAVEFORM DETECTOR,DIGITAL ETCO2 NUMERIC,AUSCULTATION OF BILATERAL BREATH SOUNDS; TUBE IN PLACE: YES |
| | 01:16:00 | SHEPHERD, JOHN,MWA | VITAL SIGNS - |
| | | | GLASGOW COMA SCALE - GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3; GCS SCORE QUALIFIER: NO QUALIFIER |
| | | | VITALS - BLOOD PRESSURE NOT TAKEN; PULSE: 0; PULSELESS; PULSE REGULARITY: ABSENT; PULSE STRENGTH: ABSENT; PULSE TAKEN AT: CAROTID; RESPIRATORY RATE: 0; RESPIRATORY DEPTH: ABSENT; RESPIRATORY EFFORT: ABSENT |
| | 01:18:00 | SHEPHERD, JOHN,MWA | VASCULAR ACCESS - TYPE: HEP/SALINE LOCK; SITE: ANTECUBITAL-LEFT; GAUGE: 18; ATTEMPTS: 1; RESULT AFTER: UNCHANGED; PROCEDURE WAS: SUCCESSFUL; TOTAL VOLUME INFUSED (ML): 400.0 |
| | 01:18:00 | SHEPHERD, JOHN,MWA | CAPNOMETRY/CAPNOGRAPHY - CO2 VALUE: 40; WAVEFORM RESULT: NORMAL |
| | 01:19:00 | SHEPHERD, JOHN,MWA | FACILITY ACTIVATION - ACTIVATION TYPE: CARDIAC ARREST ALERT; ACTIVATION METHOD: RADIO |
| | 01:19:00 | SHEPHERD, JOHN,MWA | MEDICATION ADMINISTRATION - EPINEPHRINE (1:10,000) 0.1MG/ML SYRINGE - 1 MG INTRAVENOUS; RESULT AFTER: UNCHANGED |

## CARDIAC ARREST

| | |
|---|---|
| REASON FOR ARREST: NOT KNOWN | FIRST KNOWN RHYTHM: ASYSTOLE |
| WITNESSED ARREST: YES | PATIENT FIRST DEFIBRILLATED BY: NONE |
| ARREST WITNESSED BY: | MECHANICAL ADJUNCTS USED: NONE |

LVMPD 3280

**FARMER, TASHI**
DOB: 12/16/1976 (40)
SEX: MALE
CASE #: 170125183
DOS: 05/14/2017

| | |
|---|---|
| FIRST RESPONDER (NON TRANSPORTING AGENCY) | PULSE RETURNED: NO |
| DISPATCHER CPR INSTRUCTIONS: UNKNOWN | PULSE UPON ARRIVAL AT HOSPITAL: NO |
| WHO FIRST PROVIDED CPR: | EVENT RESOLUTION: PRONOUNCED IN THE ED |
| FIRST RESPONDER (NON TRANSPORTING AGENCY) | TIME CPR ABANDONED/DEATH: 01:39:00 |
| AED PRIOR TO EMS ARRIVAL: NO | |
| TIME OF FIRST CPR: 01:05:00 | |

**RUN COMPLETION**

CONDITION OF PATIENT AT DESTINATION: UNCHANGED

PRIVACY PRACTICES: THE NOTICE OF PRIVACY PRACTICES WAS UNABLE TO BE PROVIDED

PCR ID: 2017051401371804310          DEVICE: WMWAMEDS37          PRINTED: 5/16/2017 08:36:46

LVMPD 3281



Patient:FARMER, TASHI SEBASTIAN    MRN:D002425051    Encounter:D00115967880    Page 6 of 10

LVMPD 3282





LVMPD 3283



## CLARK MEDIC WEST (NV)
## PRE-HOSPITAL CARE REPORT SIGNATURES

CASE #: 170125183          UNIT ID: M791          DATE: 05/14/2017

| CLARK MEDIC WEST (NV) CREW MEMBERS |
|---|
| CREW 1 |
| NAME: SHEPHERD, JOHN,MWA |
| NUMBER: 105425 |
| CERTIFICATION: PARAMEDIC |
| |
| CREW 2 |
| NAME: CLARK, DANIEL,MWA |
| NUMBER: 58609 |
| CERTIFICATION: PARAMEDIC |

PCR ID: 2017051401371804310          DEVICE: WMWAMEDS37          PRINTED: 5/16/2017 08:36:48

https://medsviewer.amr.net/          5/16/2017

LVMPD 3284

## American Medical Response

Run Number: 170125183                                    Date and Time of Transport: 5/14/2017 01:15:08
Patient Name: Tashi Farmer
Destination: SUNRISE HOSP MED CNTR, 3186 SOUTH MARYLAND PARKWAY, LAS VEGAS, NV 89109

I acknowledge that I am legally responsible for the ambulance services provided to me. I request and assign payment of authorized Medicare benefits and/or other insurance benefits be made on my behalf to AMR directly for any ambulance services and supplies furnished to me by AMR whether in the past, now, or in the future. I authorize any holder of medical information about me or other relevant documentation about me to release to the Centers for Medicare and Medicaid Services and its agents and contractors, any and all appropriate third party payers and their respective agents and contractors, as well as AMR, any information or documentation in their possession needed to determine these benefits and/or the benefits payable for related services whether in the past, now or in the future. I agree to cooperate with AMR or its agent in collecting any such benefits. I acknowledge that I have been provided with a copy of AMR's Notice of Privacy Practices. I expressly authorize AMR, its related corporate entities, associates, agents, servicers, debt collectors and independent contractors, to contact me or any responsible party at any telephone number (including numbers assigned to any paging, cellular, or mobile service, or any service which charges for the call) mailing address, e-mail address, or any other electronic address used by, or associated with, me or any responsible party and obtained through any source (including any telephone number I, any responsible party, or any party accompanying me at the time of service, have provided previously or may provide in the future) for the purpose of resolving any unpaid balances or any other pertinent issues regarding this account. I expressly agree any such contact by AMR, its related corporate entities, associates, agents, servicers, debt collectors and independent contractors, may be through any means (including a dialer, automatic telephone dialing system, predictive dialer, interactive voice recognition system, pre-recorded or artificial voice, pre-set email messages, or any pre-set electronic messages delivered by any other electronic messaging or text messaging system). Patient or Guarantor agrees and acknowledges any e-mail address or any other electronic address Patient or Guarantor provides to AMR is Patient's or Guarantor's private address, is not owned or furnished by their employer and cannot be accessed by unauthorized third parties. Patient or Guarantor also authorizes AMR or its agents or associates to obtain a credit report to assist in the collection of any unpaid balances. Nothing herein shall relieve me from the direct financial responsibility for any charges not paid by an insurer. I further agree to send promptly to AMR any payments that an insurer forwards to me.

_____                              _____
Signature of Patient                                                                  Date

### REPRESENTATIVE SIGNATURE

Reason Patient could not Sign :

_____        _____        _____
Signature of Representative                        Printed Name of Representative                          Date

---

### FACILITY SIGNATURE

Complete this section only if you are unable to obtain the signature of the patient or authorized representative listed above.
Reason Patient could not Sign: Cardiac Arrest

By signing below, I certify that the above named patient was physically or mentally incapable of signing at the time of transport and that none of the individuals listed in 42 C.F.R. §424.36(b)(1)-(3) was available or willing to sign the claim on behalf of the beneficiary.

_____                              05/14/2017
Crew Signature                                                               Crew Date

*This section is to be complete by a representative of the receiving facility, whenever you are unable to obtain the signature of the patient or an authorized representative. Note: The crew must also complete the "Crew Signature" Section above.*

Name and Location of Facility  SUNRISE HOSP MED CNTR, 3186 SOUTH MARYLAND PARKWAY

The above named patient, as described by AMR, was received by our facility, which provided care or assistance to the patient, on the date and time set forth above.

_____                              05/14/2017
Signature of Receiving Representative                            Date

Anabelle                                                                    Registered Nurse
Printed Name of Receiving Facility Representative            Title

*AMR is required to obtain this form in order to submit a claim for payment to Medicare or other third party payer. This Signature is not an acceptance of financial responsibility for the patient.*

---

CASE #:170125183                          PAGE 1 OF 1                          PRINTED:5/16/2017 08:38:46
PCR ID:20170514013171804310          PT:TASHI FARMER                    DEVICE NAME:WMVAMEDS37
DATE:05/14/2017                                                                  PT # 1 OF 1:5/16/2017 08:38:46

LVMPD 3285

## CHECKPOINT AUDIT TRAIL

SITE: CLARK MEDIC WEST

PCR ID: 2017051401371804310

| Date Entered CheckPoint | Case Number | DOS | Total Age(hrs) | Is Trip In CheckPoint |
|---|---|---|---|---|
| 2017-05-14T04:36:29.99 | 170125183 | 2017-05-14T00:00:00 | 52 | Yes |

| Queue Name | Timer Entered Queue | Time Submitted | Hours Present | Submitted/Moved by | Submitted Method |
|---|---|---|---|---|---|
| Private Pay 96 Hr | 2017-05-14T04:36:29.99 | | 52 | | |

| Field Name | Old Value | New Value | Time Modified | Modified by |
|---|---|---|---|---|
| | | | | |

https://medsviewer.amr.net/

5/16/2017

LVMPD 3286

## RELEASE OF BODY AUTHORIZATION

**DECEASED INFORMATION**

PATIENT NAME: _Tashi Sebastian Farmer_     ROOM #: _50_

ADMIT DATE _5/14/17_     DATE OF BIRTH: _12/16/17_     DATE / TIME OF DEATH: _5/14/17 , 0139_

**RELIGIOUS PREFERENCE**     ☐ Catholic     ☐ Jewish     ☐ Other (Specify) _Unknown_
                             ☐ Protestant   ☐ Latter Day Saints/Mormon

THIS IS TO CERTIFY THAT I / WE, THE UNDERSIGNED, CONSENT TO THE CONSIGNMENT OF:
_Tashi Sebastian Farmer_ DECEASED, TO THE _Davis Funeral Home_ MORTUARY.

SIGNATURE OF RESPONSIBLE FAMILY MEMBER _____     WITNESS SIGNATURE / TITLE _____

PRINT NAME OF RESPONSIBLE FAMILY MEMBER _____     WITNESS SIGNATURE / TITLE (FOR TELEPHONE CONSENT) _____

RELATIONSHIP TO DECEASED _____

DATE: _____     TIME: _____     TELEPHONE NUMBER: _____

ADDRESS _1912 Embrey Ave_

CITY _Las Vegas_     STATE _NV_     ZIP _89106_     NAME OF ATTENDING PHYSICIAN _Flores_

HOUSE SUPERVISOR IS TO BE INFORMED OF THE DEATH
WITHIN 1 HOUR OF PATIENT'S EXPIRATION:     HOUSE SUPERVISOR NOTIFIED AT _01:44_ HOURS (military time).

|  |  |  |
|---|---|---|
| DISPOSITION OF PERSONAL BELONGINGS | ☒ _Patient Exited_ | ☐ PUBLIC SAFETY |
| AUTOPSY | ☐ YES | ☐ NO |
| CORONER NOTIFIED | ☒ YES | ☐ NO |
| PUBLIC ADMINISTRATOR NOTIFIED | ☐ YES | ☐ NO |
| POLICE DEPARTMENT NOTIFIED | ☒ YES | ☐ NO |
| ORGAN / TISSUE DONOR | ☐ YES | ☐ NO |
| IDENTIFICATION BRACELET PRESENT (REQUIRED) | ☒ YES | ☐ NO |

┌─ **FETAL DEMISE** ─────┐
│ WT: _____
│ GESTATIONAL AGE: _____
└────────────────────────┘

DEATH IN RESTRAINTS (EXCLUDING SOFT WRIST RESTRAINTS)

| | | |
|---|---|---|
| Did the death occur while the patient was in restraints/seclusion? | ☐ YES | ☒ NO |
| Did the death occur within 24 hours after the patient was removed from restraints/seclusion? | ☐ YES | ☒ NO |
| Death within one week of restraint remove ONLY if it is reasonable to assume that the restraint use was contributed to the death? | ☐ YES | ☒ NO |
| * If yes, what type of restraint was used? | ☐ YES* | ☒ NO |

DONOR ORGAN RECOVERY SERVICE NOTIFIED:   DATE: _5/14/17_   TIME: _0154_   NAME OR CASE # _2017-04036_

WE HAVE RECEIVED THE ABOVE NAMED BODY, WITH IDENTIFICATION BRACELET PRESENT AS STATED ABOVE FROM SUNRISE HOSPITAL AND MEDICAL CENTER & SUNRISE CHILDREN'S HOSPITAL

_Brittany Elliott_   _5/14/17_   _0358_        _Trancis Turriff_   _5/14/17_   _0358_
Sunrise Representative    Date    Time          Mortuary Representative    Date    Time

_Bell_                                          _[signature]_
Print Name                                      Print Name

SUNRISE | SUNRISE
HOSPITAL & MEDICAL CENTER | CHILDREN'S HOSPITAL

### RELEASE OF BODY AUTHORIZATION

FARMER, TASHI SEBASTIAN
D00115967880   PRE ER
05/14/17 0122
DOB:12/16/76  40    M  MRE D002425051
Las Vegas NV  Sunrise Hospital and Med C

PE0075-SZ v5 (Rev. 02/15) Page 1 of 1

LVMPD 3287



ID# 0514170118 19 14May17 13:38:05 HR:
Paddles
x1.0 2.5-30Hz 25mm/sec          000 000 3011371-095 2G04KR0KG3GG7R LP1212292899
HR _____ PR _____ QRS _____ QT _____
INTERPRETATION: _____
DATE: _____ TIME: _____ SIGNATURE: _____

ID# 0514170118 19 14May17 13:38:16 HR: 28
Paddles
3 2.5-30Hz 25mm/sec MADE IN U.S.A.   000 000 3011371-095 2G04KR0KG3GG7R LP1212292899
HR _____ PR _____ QRS _____ QT _____
INTERPRETATION: _____
DATE: _____ TIME: _____ SIGNATURE: _____

ID# 0514170118 19 14May17 13:38:38 HR:
Paddles
x1.0 2.5-30Hz 25mm/sec          000 000 3011371-095 2G04KR0KG3GG7R LP1212292899
HR _____ PR _____ QRS _____ QT _____
INTERPRETATION: _____
DATE: _____ TIME: _____ SIGNATURE: _____



# SUNRISE
HOSPITAL & MEDICAL CENTER

## RHYTHM STRIP RECORD



SHMC-CVTU-0001(rev. 04/15)  Page 1 of 2



FARMER, TASHI SEBASTIAN
D0011596788O    PRE ER
05/14/17  0122
DOB:12/16/76  40    M  MR# D002425051
Las Vegas  NV  Sunrise Hospital and Med C

Patient:FARMER, TASHI SEBASTIAN    MRN:D002425051   Encounter:D00115967880      Page 1 of 2

ID#:051417011819 14May17 11:35:30 P95 108

▼Shock 1 200 J PX.

Paddles

X1.0 2.5-30Hz 25mm/sec       000 000 3011371-095 2G04KR0K G3G67R LP1212292899

HR _____ PR _____ QRS _____ QT _____

INTERPRETATION: _____

DATE: _____ TIME: _____ SIGNATURE: _____



ID#:051417011819 14May17 11:07:49 HR

Paddles

X1.0 2.5-30Hz 25mm/sec       000 000 3011371-095 2G04KR0K G3G67R LP1212292899

HR _____ PR _____ QRS _____ QT _____

INTERPRETATION: _____

DATE: _____ TIME: _____ SIGNATURE: _____

HR _____ PR _____ QRS _____ QT _____

INTERPRETATION: _____

DATE: _____ TIME: _____ SIGNATURE: _____

## SUNRISE
HOSPITAL & MEDICAL CENTER

### RHYTHM STRIP RECORD

FARMER,TASHI SEBASTIAN
D00115967880   PRE ER
05/14/17 0122
DOB:12/16/76   40      M  MR# D002425051
Las Vegas   NV   Sunrise Hospital and Med C

*TELE*

SHMC-C/TU-0001(rev. 04/15)  Page I of 2

Patient:FARMER, TASHI SEBASTIAN      MRN:D002425051   Encounter:D00115967880      Page 2 of 2

LVMPD 3289

```
                      SUNRISE HOSPITAL AND MEDICAL CENTER
                         SUNRISE CHILDREN'S HOSPITAL
                         3186 S MARYLAND PARKWAY
                           LAS VEGAS, NV 89109

                    REPORT NAME: CASE MANAGEMENT REPORT

PATIENT'S NAME: FARMER,TASHI SEBASTIAN         UNIT NO: D002425051
DOB: 12/16/76   SEX/AGE: M  /40            ACCOUNT NO: D00115967880
ATTENDING PHYS: Flores,Patrick H  DO          PT TYPE: REG ER
ADMISSION DATE: 05/14/17                      LOCATION: D.ER
DISCHARGE DATE:


-------------------------------------------------------------------------
HCM SUPPORT SERVICES
-------------------------------------------------------------------------
HCM Support Services User Fields:

Discharge Disposition:  20 - Expired at facility

-----------------------------------------
Date Entered:    5/14/2017
Service Type:    *Case Management
Case Worker:     Sunrise,ED Adult
Worklist Date:   5/14/2017

Time:            4:23 AM
Payer:           MEDICAID PENDING

Comments:
---5/14/2017 0426 by Liz Chapa---
LSW NOTE: SW contacted by relief ER Charge Nurse that pt was brought in earlier
and has expired. Pt arrived via EMS after an altercation with Metro PD. No
family arrived with pt and Metro did not have any information other than an ID.

SW discussed case with Metro Officer and it is now a Coroner's Case and they
will be taking over.



-------------------------------------------------------------------------
HCM DISCHARGE PLANNING
No HCM Discharge Planning data on file for this encounter in MIDAS+

=========================================================================
Updated by:    Chapa,Liz (DCMEC1) - 5/14/2017 4:26 AM
=========================================================================




PATIENT NAME: FARMER,TASHI SEBASTIAN        ACCOUNT #: D00115967880
```

LVMPD 3290