# EXHIBIT 25
# Michael Amburgey Body Worn Camera Footage

