# EXHIBIT 26
# Clark County Coroner's Report

**Clark County Coroner**
1704 Pinto Lane
Las Vegas, NV 89106
(702) 455-3210



**AUTOPSY REPORT**

Case Number: 17-05089

May 14, 2017

## AUTOPSY REPORT

PATHOLOGIC EXAMINATION ON THE BODY OF

TASHII S. BROWN

### FINAL PATHOLOGIC FINDINGS

I. Multiple hemorrhages in the neck, status post application of choke hold.
II. Methamphetamine intoxication (see separate toxicology report).
III. Cardiomegaly (490 grams).
IV. Multiple subscalp hemorrhages.
V. Contusions and abrasions of the body surfaces.
VI. Status post Taser strike (barb punctures of the back), with multiple cycles applied.

### OPINION

**CAUSE OF DEATH:** It is my opinion that this 40-year-old Black male, Tashii S. Brown, died as a result of asphyxia due to police restraint procedures. Other significant conditions include methamphetamine intoxication, cardiomegaly.

**MANNER OF DEATH:** HOMICIDE.

Alane M. Olson, M.D.
Pathologist

DATE: 5/31/17

AMO/amu

Dissemination is restricted.
Secondary dissemination of this document is prohibited.