# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

TRINITA FARMER,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, a political subdivision of the
State of Nevada; KENNETH LOPERA,
individually; TRAVIS CRUMRINE,
individually; MICHAEL TRAN, individually;
MICHAEL FLORES, individually,

        Defendants.

2:18-cv-00860-GMN-VCF

**ORDER CONCERNING LVMPD'S EXPERT
LAWRENCE G. LYNCH III**

Before the court is the Joint Motion Concerning LVMPD's Expert Lawrence G. Lynch III (ECF NO. 111). The court held a hearing January 21, 2020 and heard representations from the parties.

Accordingly, pursuant to the parties' stipulation,

IT IS HEREBY ORDERED that the following will apply regarding Mr. Lynch's deposition and trial testimony:

1. Mr. Lynch's deposition taken in the matter *The Estate of Tashi Farmer, et al. v. Las Vegas Metropolitan Police Department, et al.*, case no. 2:17-cv-01946-JCM-BNW (the Estate Case) shall have the same force and effect as if taken in this matter;

2. On direct examination, Mr. Lynch shall offer no opinions other than those expressed in his report from the Estate Case and the supplement produced in this case which incorporates those prior opinions;

3. On direct examination, Mr. Lynch shall offer no opinions regarding excessive force or the application of force in this matter;

4. On direct examination, Mr. Lynch shall offer no medical opinions including, but not limited to, any symptomology associated with the use of any type of neck restraint including, but not limited to, the LVNR and Rear Naked Choke;

5. This order does not limit the scope of cross examination of Lawrence G. Lynch III at trial. The scope of that cross examination will be decided by the presiding trial judge.

6. If deemed necessary, counsel for Ofc. Lopera can take Lynch's deposition at any time before trial by serving a deposition notice on the office of LVMPD's counsel.

7. All objections to the testimony of Mr. Lynch are expressly preserved.

IT IS FURTHER ORDERED that the Joint Motion Concerning LVMPD's Expert Lawrence G. Lynch III (ECF NO. 111) is GRANTED in part, as stated above.

DATED this 21st day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE