MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant Kenneth Lopera*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRINITA FARMER, individually, | Case No.: 2:18-cv-00860-GMN-VCF |
| Plaintiff | |
| vs. | **APPENDIX IN SUPPORT OF OFC. LOPERA'S REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually, | |
| Defendants. | |

| Exhibit | Description | Page No. Range |
|---|---|---|
| A. | Ryan Dep., Oct. 25, 2019 | App. 001 - 012 |
| B. | Pl.'s Notice of De-Designation of Parker | App. 013 - 015 |
| C. | Deputy Chief McGrath Dep., July 31, 2019 | App. 016 - 024 |
| D. | Sgt. Bland Dep., Nov. 12, 2019 | App. 025 - 031 |
| E. | Weather Data, LOPERA00507-523 | App. 032 - 049 |
| F. | Lif Dep., April 4, 2019 | App. 050 - 058 |
| G. | Crumrine Dep., Dec. 10, 2018 | App. 059 - 065 |
| H. | Tran. Dep., Dec. 18, 2018 | App. 066 - 076 |
| I. | Kirkegard Dep., Feb. 6, 2019 | App. 077 - 087 |
| J. | Smock Dep., Oct. 29, 2018 | App. 088 - 094 |
| K. | Infantino Dep., July 12, 2019 | App. 095 - 103 |

| Exhibit | Description | Page No. Range |
|---|---|---|
| L. | Pierce Dep., April 26, 2018 | App. 104 - 116 |
| M. | Alsup Dep., April 10, 2019 | App. 117 - 123 |
| N. | Pl.'s Dep., May 8, 2018 | App. 124 - 132 |
| O. | Kirkegard Dep., July 20, 2018 | App. 133 - 138 |
| P. | Flores Dep., Jan. 7, 2019 | App. 139 - 146 |
| Q. | Kacinko Dep., Oct. 11, 2019 | App. 147 - 151 |
| R. | Amburgey Dep., Nov. 13, 2019 | App. 152 - 157 |
| S. | Rybacki Dep., Oct. 2, 2019 | App. 158 - 162 |
| T. | Dr. Patrick H. Flores Dep., Nov. 5, 2019 | App. 163 - 168 |
| U. | Vilke Report, July 12, 2018 | App. 169 - 190 |
| V. | Vilke Dep., Sept. 30, 2019 | App. 191 - 195 |
| W. | Steinberg Dep., Oct. 24, 2018 | App. 196 - 201 |
| X. | Olson Dep., Sept. 12, 2018 | App. 202 - 208 |
| Y. | *Medical Analysis of Police Choke Holds and General Neck Trauma (Part 2)* | App. 209 - 262 |
| Z. | Smock Dep., Oct. 21, 2019 | App. 263 - 269 |

DATED January 27, 2020.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
*Counsel for Defendant Kenneth Lopera*

**CERTIFICATE OF SERVICE**

The undersigned is an employee of McNutt Law Firm, P.C. and certifies that under Fed.

R. Civ. P. 5, on January 27, 2020, I served a true and correct copy of **APPENDIX IN SUPPORT**

**OF OFC. LOPERA'S REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY**

**JUDGMENT** by mailing a copy by United States Postal Service, postage prepaid, via email, or

via electronic mail through the United States District Court's CM/ECF system to the following at

their last known address or e-mail:

Andre Lagomarsino, Esq.
LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy, Suite 241
Henderson, Nevada 89052
aml@Lagomarsinolaw.com
*Counsel for Plaintiff*

Craig R. Anderson, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
canderson@maclaw.com
*Counsel for Defendants LVMPD,*
*Crumrine, Tran, and Flores*

*/s/ Lisa Heller*
An Employee of McNutt Law Firm, P.C.