**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Crumrine, Tran, and Flores

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| TRINITA FARMER,<br><br>                Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et. al.,<br><br>                Defendants. | Case Number:<br><br>2:18-cv-00860-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LVMPD DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 155)**<br><br>**(FIRST REQUEST)** |
|---|---|

WHEREAS the LVMPD Defendants filed a Motion for Summary Judgment on December 16, 2019 (ECF No. 125) and Plaintiff Trinita Farmer filed her Opposition to the LVMPD Defendants' Motion for Summary Judgment on January 20, 2020. (ECF No. 155).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the time for the LVMPD Defendants to file their Reply to Plaintiff's Opposition. The current deadline is February 3, 2020. The new deadline for the LVMPD Defendants to respond to Plaintiff's Opposition will be February 10, 2020.

The extension is the first request and is not for the purpose of delay but rather because plaintiff's opposition is extensive and voluminous and the LVMPD Defendants require a thorough and thoughtful response.

/ / /

/ / /

MAC:14687-087 3958305_1 1/30/2020 10:00 AM

The extension is made in good faith and is not intended for purposes of delay.

IT IS SO STIPULATED AND AGREED this 30th day of January, 2020.

MARQUIS AURBACH COFFING             LAGOMARSINO LAW

By:   s/Craig R. Anderson                 By:   s/Andre M. Lagomarsino
     Craig R. Anderson, Esq.                       Andre M. Lagomarsino, Esq.
     Nevada Bar No. 6882                           Nevada Bar No. 6711
     10001 Park Run Drive                         3005 W. Horizon Ridge Pkwy., Ste. 241
     Las Vegas, Nevada 89145                    Henderson, Nevada 89052
     Attorneys for Defendants LVMPD,       Attorney for Plaintiff
     Crumrine, Tran, and Flores

## ORDER

IT IS SO ORDERED this **31** day of **January**, 2020, that the new deadline for the LVMPD Defendants to respond to Plaintiff's Opposition will be February 10, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT