**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TRINITA FARMER, individually, <br><br>  Plaintiff, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually, <br><br>  Defendants. | CASE NO: 2:18-cv-00860-GMN-VCF <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE HER REPLY IN SUPPORT OF MOTION TO VACATE THE STAY PENDING DEFENDANT'S APPEAL AND CERTIFY DEFENDANT'S APPEAL AS FRIVOLOUS** <br><br> *(First Request)* |

WHEREAS Defendant Kenneth Lopera filed an Opposition to Plaintiff's Motion on November 12, 2020 (ECF No. 177).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiff to file her Reply to Defendant Kenneth Lopera's Opposition. The current deadline for Plaintiff to reply to Defendant Lopera's Opposition is November 19, 2020. The new deadline for Plaintiff to respond to Defendant Lopera's Opposition will be November 25, 2020.

This extension is the first request and is not for the purpose of delay but rather because plaintiff's counsel had unforeseen litigation and administrative issues that have prevented counsel from being able to draft the reply sooner.

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED this 16th day of November, 2020.                    DATED this 16th day of November, 2020.

**LAGOMARSINO LAW**                                        **MCNUTT LAW FIRM, P.C.**

_____                              __/s/ Daniel R. McNutt_____
ANDRE M. LAGOMARSINO, ESQ.                                 Daniel R. McNutt, Esq.
3005 W. Horizon Ridge Pkwy., Suite 241                     625 South 8th Street
Henderson, Nevada 89052                                    Las Vegas, Nevada 89101
*Attorney for Plaintiff Trinita Farmer*                    *Attorney for Defendant Kenneth Lopera*

DATED this 16th day of November, 2020.

**MARQUIS AURBACH COFFING**

__/s/ Craig R. Anderson_____
Craig R. Anderson, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants LVMPD,
Crumrine, Tran, and Flores*

# ORDER

IT IS SO ORDERED.

Dated this  16   day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT