**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| TRINITA FARMER, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually,<br><br>Defendants. | CASE NO.: 2:18-cv-00860-GMN-VCF<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |

Plaintiff TRINITA FARMER and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and KENNETH LOPERA ("Parties"), by and through their respective counsel of record, hereby stipulate and request that this Court vacate the settlement conference currently scheduled for November 17, 2021.

WHEREAS the Court ordered a settlement conference in this matter for December 9, 2021 at 10:00 a.m. (ECF No. 197).

WHEREAS the Parties attended a private mediation on October 7, 2021.

WHEREAS the Court rescheduled the settlement conference to November 17, 2021 at 10:00 a.m. (ECF No. 199).

. . .

WHEREAS the Parties have resolved this matter and will be submitting the appropriate documentation in the coming weeks.

THEREFORE, the parties respectfully request that the current settlement conference date of November 17, 2021 be converted to a status check regarding dismissal.

**IT IS SO STIPULATED AND AGREED.**

DATED this 20th day of October, 2021.

**LAGOMARSINO LAW**

　/s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorney for Plaintiff Trinita Farmer*

DATED this 20th day of October, 2021.

**MARQUIS AURBACH COFFING**

　/s/ Craig R. Anderson
CRAIG R. ANDERSON, ESQ. (#6882)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
*Attorney for Defendant LVMPD*

DATED this this 20th day of October, 2021.

**MCNUTT LAW FIRM, P.C.**

　/s/ Daniel R. McNutt
DANIEL R. MCNUTT, ESQ. (#7815)
MATTHEW C. WOLF, ESQ. (#10801)
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
*Attorneys for Defendant Lopera*

## ORDER

**IT IS HEREBY ORDERED** that the settlement conference set for November 17, 2021 at 10:00 a.m. is hereby VACATED.

**IT IS HEREBY FURTHER ORDERED** that a status check regarding dismissal is set for November 17, 2021 at 10:00 a.m.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____