**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff Trinita Farmer*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| TRINITA FARMER, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KENNETH LOPERA, individually; TRAVIS CRUMRINE, individually; MICHAEL TRAN, individually; MICHAEL FLORES, individually,<br><br>Defendants. | CASE NO.: 2:18-cv-00860-GMN-VCF<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |

Plaintiff TRINITA FARMER and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and KENNETH LOPERA ("Parties"), by and through their respective counsel of record, hereby stipulate and request that this Court vacate the settlement conference currently scheduled for November 17, 2021.

WHEREAS the Court ordered a settlement conference in this matter for December 9, 2021 at 10:00 a.m. (ECF No. 197).

WHEREAS the Parties attended a private mediation on October 7, 2021.

WHEREAS the Court rescheduled the settlement conference to November 17, 2021 at 10:00 a.m. (ECF No. 199).

. . .

Page 1 of 2

WHEREAS the Parties have resolved this matter and will be submitting the appropriate documentation in the coming weeks.

THEREFORE, the parties respectfully request that the current settlement conference date of November 17, 2021 be converted to a status check regarding dismissal.

**IT IS SO STIPULATED AND AGREED.**

DATED this 20th day of October, 2021.

**LAGOMARSINO LAW**

/s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorney for Plaintiff Trinita Farmer*

DATED this 20th day of October, 2021.

**MARQUIS AURBACH COFFING**

/s/ Craig R. Anderson
CRAIG R. ANDERSON, ESQ. (#6882)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
*Attorney for Defendant LVMPD*

DATED this this 20th day of October, 2021.

**MCNUTT LAW FIRM, P.C.**

/s/ Daniel R. McNutt
DANIEL R. MCNUTT, ESQ. (#7815)
MATTHEW C. WOLF, ESQ. (#10801)
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
*Attorneys for Defendant Lopera*

### ORDER

**IT IS HEREBY ORDERED** that the settlement conference set for November 17, 2021 at 10:00 a.m. is hereby VACATED.

**IT IS HEREBY FURTHER ORDERED** that a video status check regarding dismissal is set for November 17, 2021 at 10:00 a.m.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator,Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, November 16, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 20th day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE