**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Crumrine, Tran, and Flores

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| TRINITA FARMER, | Case Number: |
|---|---|
| Plaintiff, | 2:18-cv-00860-GMN-VCF |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et. al., | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff Trinita Farmer, by and through her attorney of record, Andre M. Lagomarsino, Esq. of Lagomarsino Law; Defendants LVMPD, Sgt. Crumrine, Ofc. Tran, and Ofc. Flores, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing; and Defendant Kenneth Lopera, by and through his attorney of record, Daniel R. McNutt, Esq. of McNutt Law Firm, that the above-referenced matter be dismissed with prejudice;

IT IS FURTHER STIPULATED that the status check hearing regarding dismissal set for November 17, 2021, be vacated; and

/ / /

/ / /

/ / /

MAC:14687-087 4516350_1 10/28/2021 10:07 AM

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 28th day of October, 2021.

MARQUIS AURBACH COFFING

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Crumrine, Tran, and Flores

LAGOMARSINO LAW

By: *s/Andre M. Lagomarsino*
Andre M. Lagomarsino, Esq.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., Ste. 241
Henderson, Nevada 89052
Attorney for Plaintiff

MCNUTT LAW FIRM, PC

By: *s/Daniel R. McNutt*
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
625 South Eighth Street
Las Vegas, Nevada 89101
Attorney for Defendant Lopera

## ORDER

IT IS SO ORDERED this ___ day of _____, 2021, that the above-referenced matter be dismissed with prejudice;

IT IS FURTHER ORDERED that the status check hearing regarding dismissal set for November 17, 2021, be vacated; and

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs.

United States District Court Judge

MAC:14687-087 4516350_1 10/28/2021 10:07 AM