**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Crumrine, Tran, and Flores

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINITA FARMER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et. al.,<br><br>　　　　　Defendants. | Case Number:<br><br>2:18-cv-00860-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED between Plaintiff Trinita Farmer, by and through her attorney of record, Andre M. Lagomarsino, Esq. of Lagomarsino Law; Defendants LVMPD, Sgt. Crumrine, Ofc. Tran, and Ofc. Flores, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing; and Defendant Kenneth Lopera, by and through his attorney of record, Daniel R. McNutt, Esq. of McNutt Law Firm, that the above-referenced matter be dismissed with prejudice;

　　　　IT IS FURTHER STIPULATED that the status check hearing regarding dismissal set for November 17, 2021, be vacated; and

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 28th day of October, 2021.

| MARQUIS AURBACH COFFING | LAGOMARSINO LAW |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants LVMPD, Crumrine, Tran, and Flores | By: *s/Andre M. Lagomarsino*<br>Andre M. Lagomarsino, Esq.<br>Nevada Bar No. 6711<br>3005 W. Horizon Ridge Pkwy., Ste. 241<br>Henderson, Nevada 89052<br>Attorney for Plaintiff |

MCNUTT LAW FIRM, PC

By: *s/Daniel R. McNutt*
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
625 South Eighth Street
Las Vegas, Nevada 89101
Attorney for Defendant Lopera

### ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

Dated this 28 day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

MAC:14687-087 4516350_1 10/28/2021 10:07 AM